UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

PAMELA BROOKS                              *       CIVIL ACTION
                                           *
                                           *       CASE NO. 2:18 – cv- 07736
VERSUS                                     *
                                           *       SECTION: E
                                           *
CHRISTINE N. WATLER, UNITED STATES         *
POSTAL SERVICE AND UNITED STATES           *       JUDGE:  SUSIE MORGAN
OF AMERICA                                 *       MAGISTRATE:  JOSEPH C.
                                           *       WILKINSON, JR.


*********************************************************************************************

**DAUBERT MOTION AND MOTION IN LIMINE  TO EXCLUDE THE
TESTIMONY, REPORT AND OPINIONS OF DR. KEVIN WATSON**

Now Into Court, through undersigned counsel, comes, Plaintiff, PAMELA

BROOKS, who files this *Daubert* Motion and Motion in Limine to Exclude the Testimony,

Report and Opinions of Dr. Kevin Watson as follows:

1.

Defendant hired Dr. Kevin Watson, a general orthopedist, to provide an

Additional Medical Opinion regarding the causation of Plaintiff's injuries and future

medical treatment to Plaintiff's spine.

2.

Dr. Watson has prepared a report and provided opinions and is expected to testify

regarding the causation of Plaintiff's injuries that employs both biomechanical

engineering and accident reconstruction theories and principles that are outside of his

area of expertise and for which he lacks the necessary knowledge, skill, experience,

training and education to testify. (Exhibits 1 and 2).

3.

Dr. Watson has also provided opinions and is expected to testify regarding the spinal treatment of Plaintiff when he admittedly is not a spine specialist and is not a spinal interventionalist and which testimony is outside of his area of expertise and for which he lacks the necessary knowledge, skill, experience, training and education to testify. (Exhibits 1 and 2).

4.

Application of Federal Rule of Evidence 702 and the holding in *Daubert v. Merrell Dow Pharmaceuticals*, **509 U.S. 579, 589, 112 S. Ct. 2786 (1993)** mandate that an expert be qualified to testify in the area of expertise in which he is being offered.

5.

Defendant cannot sustain its burden of showing that Dr. Watson is qualified to testify in the areas of accident reconstruction, biomechanical engineering and spinal intervention at trial and Plaintiff shows that his testimony and report must be stricken based on the facts, law and governing jurisprudence as more fully set forth in the attached Memorandum in Support of Daubert Motion and Motion in Limine to Exclude the Testimony, Report and Opinions of Dr. Kevin Watson.

6.

Plaintiff prays that this matter be submitted and that this Honorable Court further grant oral argument on September 18, 2019 at 10:00 am.

Wherefore, Plaintiff for the reasons more fully set forth in the attached Memorandum and exhibits attached thereto, requests that this Court grant this Daubert Motion and Motion in Limine to Exclude the Testimony, Report and Opinions of Dr. Kevin Watson.

Respectfully submitted,

FAVRET, DEMAREST, RUSSO,
LUTKEWITTE & SCHAUMBURG
A Professional Law Corporation

*/s/ Dean J. Favret*

_____
DEAN J. FAVRET, Bar #20186
ANTHONY J. RUSSO, Bar #8806
SETH H. SCHAUMBURG, Bar #24636
ANGELA C. IMBORNONE, Bar #19631
LAUREN A. FAVRET, Bar #33826
Attorneys for Plaintiff
1515 Poydras Street, Suite 1400
New Orleans, Louisiana 70112
Telephone: (504) 561-1006
Facsimile: (504) 523-0699

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2019, I electronically filed the Daubert Motion and Motion in Limine to Exclude the Testimony and Opinions of Dr. Kevin Watson with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all parties in this matter.

*/s/ Dean J. Favret*

_____
DEAN J. FAVRET