EXHIBIT "2"



**ORTHOPAEDIC ASSOCIATES OF NEW ORLEANS**

J Monroe Laborde, M.D.

Lance S. Estrada, M.D.

Kevin M. Watson, M.D.

Douglas N. Lurie, Jr., M.D.

L.C. Schlesinger, M.D.
(1912-1954)

H.R. Soboloff, M.D.
(1915-1987)

Russsell C. Grunsten, M.D.
(RET. 1991)

George R. Cary, Jr., M.D.
(RET. 2007)

July 18, 2019

Ms. Elizabeth Chickering
Attorney at Law
650 Poydras Street, Suite 1600
New Orleans, La. 70130

RE: Pamela Brooks

Dear Ms. Chickering

**HISTORY OF PRESENT ILLNESS:** Ms. Brooks is a 58-year-old female who was involved in an MVC on 10/31/2016. She was merging off of Veterans to get onto the interstate near Troop B. She says both hands were on the steering wheel. She was looking left. She said there was a car in front of her and traffic was heavy. She said that a Post Office van hit her in the back. She does not know how fast the van was going. Her seatbelt was on. Her airbags did not deploy. Her seat did not break. Her windshield did not break. She does not know if she struck anything in the vehicle. The police did come out. She was on her way to an assignment and she was able to do that. She said later she started having pains.
    She treated at Shore Physicians Group where she was given medicines and eventually had multiple MRIs.
    She said she had injections in her knees last year, which were cortisone shots, which helped temporarily. She also said she had a cortisone injection in her neck, which only helped for a day or two. She has never had injections in the low back. She said she last had a shot and burning on 05/09/2019 to her neck. She said her pain used to be 8-9, but now it is around 2-3. She says it is easier to turn to the right. She did have an injection in her right shoulder, which lasted about 2 months.

**CURRENT SYMPTOMS:** Ms. Brooks feels constant pressure in her neck. She has pain on the front of her right shoulder and has pain with use. She has right worse than left knee pain. She reports a nagging pain in her low back above her buttocks.

**CURRENT MEDICATIONS:** She currently takes Aleve daily one time in the midmorning, one time at night.

3434 Prytania Street Suite 430
New Orleans, Louisiana 70115
P 504 899 6391  F 504 899 4933
oano@oano.com  www.oano.com

RE: Pamela Brooks
July 18, 2019
Page 2

**PREVIOUS HISTORY:** She has had a history of two MVCs, one in 1987 and one in 1988, where she had a neck and back problem and she went to therapy and she said it eventually went away. She also slipped in the shower in 1998 and had head, neck, back, and left knee pain. She denies previous trouble to her right knee.

**WORK HISTORY:** She is currently working as an HR manager for a security company. She also works for the Orleans Parish Sheriff's Department as a deputy sheriff.

**PHYSICAL EXAMINATION:** Ms. Brooks presents today by herself. She is an obese African American female in no acute distress. She walks with a marked valgus deformity to both knees and hyperextends both knees.
  Physical examination of the cervical spine. She reports some sensitivity around the bilateral paraspinal muscles, which is mild. She has full flexion, extension of the cervical spine as well as side bend. She has 5/5 strength in bilateral upper extremities, 1+ symmetric reflexes.
  Physical exam of the thoracic and lumbar spine shows no tenderness to palpation of the thoracic spine. She has some mild tenderness to palpation in the lower lumbar spine centrally, but none in the paraspinal muscles. She is able to flex and extend and touch the floor. She has full extension to 20-30 degrees without pain. She has full rotation without pain as well. There were no nonorganic signs seen. She is able to heel and toe walk. She has 5/5 strength in bilateral lower extremities, 1+ symmetric reflexes. Negative straight leg raises.
  Physical exam of both knees shows marked valgus deformity, left worse than right, in both knees. She is tender to palpation both medial and lateral joint lines in her knees. There is no locking. She has 1+ laxity in both knees to Lachman's. Her range of motion is -5 to 110 bilaterally.
  Physical exam of both shoulders shows good active and passive range of motion of both shoulders. She has 5/5 rotator cuff strength. She reports some anterior shoulder pain with palpation.

**MEDICAL RECORDS REVIEWED:**

1. Motor Vehicle Traffic Crash Report with photographs of vehicles involved
2. South Shore Physician Group.
3. Magnolia Diagnostics, MRI of the left knee, right knee and right shoulder.
4. Metairie Imaging, MRI of the cervical spine.
5. Southern Brain and Spine, Dr. Rand Voorhees.
6. Diagnostic Imaging Services, nuclear SPECT scan and CT scan of the cervical spine.
7. LA Health Solutions.
8. Southern Orthopedic Specialists, Dr. Timothy Finney.
9. Metairie Imaging, MRI of the lumbar spine.
10. Interventional Spine Specialists (ISS).

**10/31/2016:** Motor Vehicle Traffic Crash Report: Ms. Brooks was the driver of a 2010 Nissan Altima License plate (TJE586). She was rear-ended by a 2005 Dodge Caravan as they were both merging into traffic. The estimated speed of the Caravan was 10mph. Very minor damage is reported to the rear bumper of Ms. Brooks' vehicle and the Dodge Caravan. No injuries are reported.
  Written statements from Ms. Brooks and the other driver. No injuries are documented. The other driver reported that there were no signs of injury, no visible trauma or distress.
  Vehicle photos: Photos of a Nissan (License plate TJE586) with no visible damage to the rear bumper. There is some slight widening at the junction between the bumper and right rear panel.

RE: Pamela Brooks
July 18, 2019
Page 3

**11/03/2016:** Ms. Brooks presents to South Shore Physician Group and sees Dr. Irra. She reports that she was in an MVC on 10/31/2016. She was a restrained driver at a complete stop when another vehicle rear-ended her vehicle. She said her body jerked front to back. She was not seen in any medical facility. **She complains of headaches, pain in her knees, right shoulder and back. It should be noted that there was no neck pain, no left shoulder pain and no upper back pain on this visit.**
    Past medical history is significant for injury to her left knee in a slip and fall accident in 2004.
    She has reported weight her weight as 280 pounds.
    **This is an exam by Dr. French, which shows the cervical spine was within normal limits.** (This would indicate no injury to the cervical spine.) Lumbar spine showed 90 degrees of flexion with pain, extension to 30, lateral flexion of 50 and rotation of 30. There is 1+ paraspinal muscles L1 through L5. Both shoulders had abduction of 180, with pain and tenderness over the trapezius, deltoid and sternocleidomastoid muscles, greater on the right than the left. **Both knees had pain with history of swelling. No tenderness or limitation of motion. Neurologic exam was normal.**

**11/17/2016:** Ms. Brooks returns to South Shore Physician Group to see Dr. Irra. **She now reports new complaints of neck pain, both shoulders, which would include new left shoulder pain and upper back pain.** Her low back and both knee pain is the same and continuous.
    Physical exam showed cervical spine had flexion of 30-40 degrees, extension 10-20, lateral flexion 20-30, rotation 70-80 with tenderness over the cervical spine and base of the supraclavicular region extending to the bilateral trapezius levels. The knees show tenderness over the medial joint line and infrapatellar region with painless clicking. No shoulder exams were done.

**12/12/2016:** Ms. Brooks returns to see Dr. Irra. Neck and shoulders were the same. Upper back is the same, low back is the same. Knee pain is the same. Exam of both knees was unremarkable except for pain and tenderness over the anterior knee.

**01/03/2017:** Ms. Brooks returns to see Dr. Irra. She reports the neck, shoulders and upper back are better. Pain in the low back is better. The knee pain is better with no weakness, locking, buckling, swelling, catching, giving out or falling. She had a normal gait.

**01/24/2017:** Ms. Brooks returns. She reports her neck, both shoulders, upper back, low back is better and intermittent. Pain in both knees is the same.

**02/14/2017:** Ms. Brooks returns to see Dr. Irra. She reports neck pain, both shoulder pain, upper back pain, low back pain and knee pains.

**03/07/2017:** Ms. Brooks returns to see Dr. Irra with similar complaints. Her neck pain is the same, pain in both shoulders is the same, right worse than left. Upper back and knee pain is the same, but **her low back has been back to normal for several days.** Left shoulder exam showed within normal limits. Right shoulder had abduction to 140 with onset of pain and no new findings. The lumbar spine was within normal limits.

**03/09/2017:** MRI of the right shoulder from Magnolia Diagnostics: The report lists attenuation of the distal supraspinatus tendon felt to represent a supraspinatus tendon tear. There is evidence of a small, rather loculated fluid collection within the subscapularis muscle, felt to represent a small hematoma. It is adjacent to the proximal edge of the subscapularis tendon; however, the tendon appears intact.

**03/09/2017:** MRI of the left knee: The report lists evidence of moderately advanced osteoarthritic change consisting primarily of osteophyte formation with much less impressive joint narrowing. Small

RE: Pamela Brooks
July 18, 2019
Page 4

osteochondral defects involving the lateral femoral condyle and lateral tibial plateau with small amount of bone marrow edema surrounding both defects. There is a suspicion of a small loose body in the joint. Small bony erosions in the lateral patellar facet. It was felt to represent mild changes of chondromalacia. There is a moderate-sized joint effusion. There is maceration and destruction of the lateral meniscus with small remnant of tissue anteriorly and posteriorly. "Fluid from the joint effusion fills the joint space laterally without significant joint space narrowing. These findings suggest acute injury and worsening of already existing lateral meniscus pathology." There is degenerative change involving the posterior horn of the medial meniscus. The ACL is poorly defined. It does not appear to be intact. There is a small amount of fluid within the fibers of the MCL. This would suggest sprain of the MCL by report.

**03/09/2017:** <u>MRI of the right knee</u>: The report lists moderately advanced osteoarthritic change, predominantly consisting of osteophyte formation. The degree of joint space narrowing is much less impressive. There is a very small osteochondral defect involving the lateral femoral condyle with mild surrounding bone marrow edema. There is a large osteochondral defect involving much of the lateral tibial plateau. There is maceration and destruction of the lateral meniscus with small retained fragments anteriorly and posteriorly. There is a similar statement about joint fluid in the space narrowing, suggesting acute injury as well as ACL, MCL diagnoses. There is an oblique tear of the posterior horn of the medial meniscus noted.

**03/14/2017:** Ms. Brooks returns to see Dr. Irra. Her neck pain is worse on the right side. Pain in both shoulders is worse. Right side of upper back is worse. Intermittent pain in the low back is better. The knees are the same. Shoulder exam showed abduction to 160-180 degrees with full range of motion.

**03/20/2017:** <u>Claim for Damage, Injury, or Death form</u>: The form documents the rear-end collision. In the extent of injury section it states, "Pamela Brooks sustained an injury to her knees, both shoulders, back, and reported headaches."
(There is no mention of any neck injury).

**03/28/2017:** Ms. Brooks returns to see Dr. Irra. Neck pain is better and intermittent. Shoulder pain is intermittent. Upper back has a little bit better. **Low back is back to normal.** Knees are a little bit better with occasional locking of the left knee and giving out on her right knee.

**04/19/2017:** Ms. Brooks returns to see now Dr. Qureshi, a new physician. She reports neck is getting better. **Low back is back to normal.**

**05/09/2017:** <u>MRI of the cervical spine at Metairie Imaging</u>: The report lists C3-C4 concentric disc bulge producing neural foraminal narrowing bilaterally with facet hypertrophy bilaterally. The disc is desiccated. C2-C3 shows disc desiccation. C4-C5 shows subligamentous disc herniation measuring 3.9 mm, mild-to-moderate neuroforaminal narrowing bilaterally. Disc is desiccated. Facet hypertrophy is appreciated. C5-C6 concentric disc bulge is identified producing mild-to-moderate neural foraminal narrowing bilaterally. The disc appears desiccated. Facet hypertrophy is appreciated bilaterally. C6-C7 shows left paracentral subligamentous disc herniation identified measuring 5.3 mm. There is moderate-to-severe neural foraminal narrowing identified on the left. Mild neural foraminal narrowing identified on the right. The disc is desiccated. C7-T1 disc is desiccated.

Impression shows multilevel disc desiccation is identified throughout the cervical spine. Anterior bridging osteophytes are appreciated at C3-C4, C4-C5, C5-C6, and C6-C7 consistent with cervical spondylosis. Also in the impression section, it says that there is contact on the exiting left C7 nerve root due to the C6-C7 disc as well as facet hypertrophy at C3-C4, C4-C5 and C5-C6. They recommended a

RE: Pamela Brooks
July 18, 2019
Page 5

SPECT scan to confirm acuity. This was later done.

**05/10/2017:** Ms. Brooks returns to see Dr. Qureshi. Neck pain is worse at 4/10. No radiating pain, tingling or numbness. Shoulders are 4/10. Low back is 2/10. Knees are 4/10.

**05/31/2017:** Ms. Brooks returns to see Dr. Qureshi. Neck is the same on both sides. Pain in both shoulders are the same. **Upper back and mid back are back to normal.** Low back is better. Knees are the same.

**06/21/2017: Ms. Brooks sees Dr. Qureshi. Her headaches, mid back, low back are back to normal.** Neck is better. The shoulders are getting better at 2/10. Upper back is at 2/10.

**08/28/2017:** Ms. Brooks sees Dr. Voorhies at Southern Brain and Spine. He reports a history of the motor vehicle accident. She said that later that night after the accident, she developed symptomatology.
    In regard to past history, she does recollect a motor vehicle accident about 20 years ago where she had low back symptoms at that time. In the 1980s she saw a physician a couple of times and had some conservative treatment. She says her symptoms resolved. She also remembers a slip and fall at home in the shower in 2004 with left knee injury.
    He reviewed some records. **His review of images on the MRI of the cervical spine revealed cervical spondylosis with varying degrees of disc osteophyte complex C3-C4, C4-C5, C5-C6, and C6-C7. He also notes Modic endplate changes in the cervical spine.**
    Review of systems is positive for joint problems. **Positive for tobacco.** She is 5 feet 7 inches and 273 pounds.
    Physical exam showed strength testing seems preserved, although it was difficult in the right upper extremity because of shoulder pain. He recommended cervical flexion and extension views and cervical SPECT scan.

**09/12/2017:** Nuclear medicine SPECT imaging: The report lists focal regions of abnormal increased radiotracer activity involving the C4 and C5 vertebral bodies with sparing of the posterior elements. There is later an addendum dome 2 months later which adds mild increased activity of the right C1-2 articulation, right C2-3 facet joint, C5 verterbral body, and anterior superior endplate of C7.
    **There is no increased activity around the C3-4, C4-5, C5-6 facet joints.**

Cervical spine x-rays from the same date show disc space narrowing at C3-C4, C4-C5, C5-C6, C6-C7. There is multilevel osteophyte formation from C3-C7 anteriorly. There is mild osseus foraminal restriction at C4-C5 bilaterally and C5-C6 on the left secondary to uncovertebral and facet hypertrophy.

**09/26/2017:** Ms. Brooks now sees Marco Rodriguez at LA Health Solutions denoting history of motor vehicle accident. On this reports she says that her knees hit the dashboard, which is a new complaint. She complains of 7/10 neck pain, but no arm pains and 6/10 low back pain, but no leg pains.
    Physical exam of the cervical and lumbar spine shows tenderness in the bilateral lower facet joints, right worse than left in the neck and lumbar spine. All other exam findings are negative. Dr. Rodriguez recommended anti-inflammatory medicines and facet injections.

**10/13/2017:** There is a letter to Dr. Finney from Dr. Voorhies regarding Ms. Brooks. He reports review of the cervical x-rays which show spondylosis in the cervical SPECT scan, shows increased activity in the vicinity of C4 and C5. They are going to recommend a CT scan.

**11/06/2017:** Ms. Brooks sees Dr. Finney regarding right shoulder and bilateral knee pain. She reports

RE: Pamela Brooks
July 18, 2019
Page 6

that she may have struck both knees on the steering column or dash and also suffered a "compression type injury to her right shoulder." Dr. Finney thought the MRI of the right shoulder showed some rotator cuff pathology and both knees showed significant osteoarthritis with multiple soft tissue changes. **Ms. Brooks does have a history of bilateral knee osteoarthritis with valgus alignment. She reports to Dr. Finney that her knees have become knock-kneed over the last 10 years.**

Physical exam shows she is 5 feet 7 inches, 280 pounds. The right shoulder showed full range of motion with mild impingement with cross-body adduction in the Jobe maneuver. She has a half grade weakness to abduction and external rotation on the right.

She had an antalgic gait with severe valgus alignment of the knees.

**X-rays of the knees show severe osteoarthritis in both knees with bone-on-bone in the lateral compartment and valgus alignment of 20 degrees bilaterally.** MRIs were reviewed. MRI of the right shoulder shows partial-thickness rotator cuff fraying. There is some mild AC arthritis. Bilateral knee MRIs showed knee effusions with significant osteoarthritis. Some degenerative change of the medial meniscus with possible loose body in the left knee.

**Dr. Finney thought she had preexisting osteoarthritis with significant valgus alignment.** Dr. Finney recommended conservative treatment of the right shoulder and thought she would be a candidate for bilateral knee replacements. **Dr. Finney thought she certainly had preexisting osteoarthritis and that is the main reason for any knee replacement surgery.** He then said she did exacerbate her pain and accelerate the knee and maybe speed up the need for bilateral knee replacements.

**12/07/2017:** <u>MRI of the lumbar spine from Metairie Imaging</u>: The report lists L4-L5 central disc herniation measuring 6.6 mm. Moderate neural foraminal narrowing is identified bilaterally. Moderate spinal stenosis is appreciated. Facet hypertrophy is appreciated bilaterally. Fluid is identified within the right and left facet joints. L5-S1 shows right paracentral disc herniation identified measuring 5.0 mm. Severe neural foraminal narrowing is appreciated on the right with contact of the exiting right L5 nerve root. No narrowing on the left. Annular tear of the disc is identified. Facet hypertrophy is identified bilaterally. Fluid is identified within the right and left facet joints.

**11/14/2017:** Ms. Brooks sees Amy Sabin at LA Health Solutions. Continue with axial neck and low back pain. Cervical injections are pending.

**11/13/2017:** <u>CT scan of the cervical spine from Diagnostic Imaging</u>: The report lists disc space narrowing at C3-C4, C4-C5, C5-C6 and C6-C7 with anterior osteophyte formation. C2-C3 demonstrates central disc herniation extending 3 mm posterior to the vertebral column. There is mildly increased activity involving the right C2-C3 facet joint. There is increased activity involving the right C1-C2 articulation. C3-C4 demonstrates disc space narrowing with disc herniation extending 2 mm posteriorly. Bilateral mild foraminal narrowing is present, left greater than right. There is marked abnormal radiotracer activity involving the C3 and C4 vertebral bodies. Activity abuts the C3-C4 disc. No facet joint signal. C4-C5 shows disc space narrowing and disc herniation extending 2 mm posterior to the vertebral column. There is moderate bilateral foraminal restriction secondary to uncovertebral and facet hypertrophy, but there is no increased signal in the facet joints. C5-C6 demonstrates disc herniation extending 2 mm posterior to the vertebral column with minimal osteophyte formation. Moderate left and mild right foraminal restriction secondary to uncovertebral and facet arthropathy. There is mild increased activity involving the C5 vertebral body with activity, abutting both the C4-C5 and C5-C6 disc spaces. However, there is no facet signal. C6-C7 demonstrates disc space narrowing without significant central vertebral canal stenosis. Severe left and mild right foraminal restriction secondary to uncovertebral and facet hypertrophy. C7-T1 reveals no abnormality. There is increased activity involving the anterior and superior endplate of C7.

RE: Pamela Brooks
July 18, 2019
Page 7

     I have reviewed the cervical CT which shows multilevel arthritis changes as described above. There is no activity around the C3-4, C4-5, C5-6 facet joints.

**11/27/2017:** A note from Dr. Voorhies which reports there is increased metabolic activity anterior column of the C3-C4 endplates. They recommended cervical epidural steroid injection. (This would be different than the recommendations done by Dr. Rodriguez and later the Interventional Spine specialists.)

**12/26/2017:** Ms. Brooks returns to LA Health Solutions with neck pain and some right shoulder pain and low back pain. Continued to facet injections were recommended.

**03/08/2018:** Ms. Brooks now presents to see Dr. Defrancesch. She is here for chief complaint of neck and shoulder. She is having neck pain, low back pain, right shoulder pain as well as bilateral knee pain. Predominant complaint is low neck, right greater than left. Pain scale was 53/100 ranging from 68/100.
     Physical exam was normal except for tenderness in the paraspinals in the mid-cervical range. Tenderness over the right C4, C4-C5 and C5-C6 facets. MRI reviewed, shows cervical spine shows multilevel disc disorder without impingement of the cord or severe stenosis noted.
     **She was given cervical facet injections with cortisone and Marcaine at the right C4-C5 and C5-C6, which they reported 100% relief of pain.**

**05/03/2018:** Ms. Brooks sees Dr. Bostick for right shoulder and bilateral knee pain. She now reports that her right arm was up on the steering wheel as she was driving and she was twisting her body to look left at the impact. She struck her bilateral knees on the steering column.
     **Review of systems is significant for prior left knee meniscus tear that was diagnosed around the year 2000. She was treated by a physician on Canal Street in a clinic that no longer exists. She also self-treated for arthritis with aspirin and warm baths over the last several years.**
     Dr. Bostick thought that her flared-up knee symptoms were related to the motor vehicle accident and right shoulder injury and complaints to the motor vehicle accident. Dr. Bostick thought she could benefit from viscosupplementation. He thought the ACL injuries may be related to this accident and her meniscus pathology is likely a combination of pre-existing degenerative meniscus tears and acute trauma.
     He has recommended ultrasound-guided Euflexxa injections.

**LARGE GAP IN TREATMENT**

**12/17/2018:** Ms. Brooks returns to Interventional Spine Specialists. She says the cervical pain continues in the right greater than left and lumbosacral pain as well. Cervical pain is now 60/100, lumbar pain 50/100. Physical exam is otherwise unremarkable except for right C4-C5-C6 tenderness. They recommended a medial branch blockade.

**01/22/2019:** Ms. Brooks returns to see Dr. Bostick. They recommended a right shoulder cortisone injection, which was given. Euflexxa injection was recommended for the knees.

**ANOTHER GAP IN TREATMENT**

**05/09/2019:** Ms. Brooks returns to ISS. **She undergoes right-sided medial branch block at C4, C5, C6 and then immediate radiofrequency ablation at that level.**

**06/06/2019:** Ms. Brooks returns to see Dr. Bostick. Right shoulder is better following her right shoulder

RE: Pamela Brooks
July 18, 2019
Page 8

injection. She is awaiting viscosupplementation for her knees.

**07/18/2019:** Ms. Brooks returns to ISS. She is having left sided neck and back pain. They have recommended muscle relaxer and palpation of the lumbar facet joints under fluoroscopy.

**DISCUSSION:** Ms. Brooks was involved in a rear-end MVC on 10/31/2016.

In performing causation analysis, the AMA and the AAOS endorse a professional and objective method. These methods are published in guidelines by the AMA and the AAOS. Robert Barth, Ph.D. details the standard causation method in the AMA Guides Newsletter May/June 2012. The first step in the method is confirming an explanatory diagnosis for the relevant clinical presentation based primarily on objective findings. In the AMA Guides to the Evaluation of Disease and Injury Causation (and documented in this Newsletter), the authors specifically point out the fallacy and unreliability of utilizing pre versus post (accident) complaints as a method for determining causation. Because of this, pre versus post (accident) complaints are not a part of the standard method of justifying causation claims. Step two involves applying scientific studies to the causation issue at hand to see if a possible causation-link exists for that diagnosis. The third step is evaluating the magnitude and temporal relationship of the causation-link and the diagnosis. The fourth step involves considering other relevant risk factors for the potential diagnosis. Step five involves scrutinizing the medical record for inconsistencies or conflicting information. Step six is arriving at a conclusion. If one of the steps fails the analysis, then a causation claim is not justified.

As far as the subjective complaints by Ms. Brooks, she presented to Southshore Physician Group three days after the accident with headaches, bilateral knee pain, right shoulder pain and back pain. There was no radiating pain and no numbness or tingling. There was no weakness. **There was no neck pain or left shoulder pain reported.** Her exam of the cervical spine was normal. Two weeks later, she presented with new neck pain and left shoulder pain. This would not be consistent with an acute, traumatic origin of radicular symptoms, neck pain or left shoulder pain. There was no mention of any injuries at the scene. She did not present for immediate treatment and continued her job that day. This is not consistent with an acute, traumatic injury. (Step 3)

In causation analysis of the cervical spine, Ms. Brooks did not present with any neck pain at the time of the accident, or even 3 days after her accident. The first report of pain to her neck was over two weeks after her accident. This is not consistent with an acute, traumatic injury. (Step 3) Furthermore, the claim for damage form completed on 3/20/17 does not list any injury to the cervical spine/neck. The accident photos and traffic crash report denote a low speed rear-end MVC with minimal damage to either vehicle. The AMA Guides Newsletter November/December 2018 report that vehicles that sustain little or no damage are typical of minor/low-speed collisions, generally with delta-Vs (change in velocity) less than 10mph. The low change in velocity is also not consistent with causing injury according to the medical literature. (Steps 2 and 3)

The diagnosis (Step 1) based off of objective studies (MRI) would be cervical disc degeneration, cervical arthritis, and disc bulges/protrusions. These diagnoses are not traumatic related and found in the normal aging population without injury. There is no objective evidence of any cervical radiculopathy on any physical exam ever performed in the medical record.

Ms. Brooks has had an MRI study of her cervical spine after the accident. The cervical spine MRI shows disc dessication, facet arthritis, and disc bulges/protrusions. These are consistently found in the asymptomatic population and do not signify a pain-generating source or trauma. There are no radicular symptoms currently.

Daimon et. al in JBJS 2018 report that patients in their 50s have an over 85% incidence of cervical disc dessication, over 80% incidence of anterior compression of the dura and spinal cord, and over 85% incidence of cervical disc protrusion. They found that these findings naturally worsen with aging.

RE: Pamela Brooks
July 18, 2019
Page 9

Furthermore, Nordin et. al. in Spine 2008 report that common degenerative findings on MRI cannot be assumed to be the primary cause of symptoms in adults with neck pain. They found that neck pain without clear radiculopathy is not reasonably ascribed to common degenerative changes seen on MRI. They found that the high prevalence of positive findings on MRI of asymptomatic individuals (disc degeneration, protrusion) show that they cannot be assumed to be the primary cause of symptoms in adults with neck pain.

Nakashima et al in Spine 2015 report that posterior disc protrusion and disc degeneration was seen in healthy subjects in their 20s and deteriorated with age. They also report that posterior disc protrusion was seen in over 80% of all individuals over the age of 40 on MRI studies. They concluded that disc degeneration, "annular tear" and disc protrusions found on MRI are not associated with the development of clinical symptoms.

As for mechanism of injury (Step 2 and 3), low change in velocity rear end impacts have not been shown to generate cervical injury. Cormier et. al. in Spine 2018 report that the risk of injury beyond neck strain in low change in velocity rear end collisions is essentially zero. There is general acceptance that volunteers can be safely exposed to rear impacts of less than 18 km per hour (11 mph) without a meaningful risk of injury.

Ms. Brooks also has a history of a previous MVC and previous treatment for neck, back, and left knee pain. This would denote the presence of pre-existing conditions to the neck, back, and left knee.

Mr. Brooks has also had cervical facet joint injections. On 03/08/2018, over a year after her accident, she underwent right C4-5 and C5-6 facet cortisone injection with Marcaine. The International Spine Intervention Society Guidelines, Second Edition, report that "for lack of validity, there is no defendable role for diagnostic intra-articular blocks of the cervical "facet" joints." They also report that mixing cortisone with an anesthetic confounds the diagnostics of this procedure.

Nordin et. al. in Spine 2008 report that diagnostic facet joint injections have not been validated to identify facet joint pain as the primary cause of pain in patients with serious neck pain illness. Nor do these injections seem to have acceptable reliability. They report that in no study has the utility of these injections been established based on improved outcomes.

Carragee et. al. in Spine 2008 also report that facet joint injection and radiofrequency neurotomy for neck pain showed no clear advantage compared to sham or placebo procedures. They report that the evidence does not support intra-articular steroid injections or radiofrequency neurotomy for neck pain.

Furthermore, Falco et. al. in Pain Physician 2012 report that the false positive rate of cervical facet injections ranges from 27% to 63%.

Ms. Brooks also underwent right sided medial branch blocks on 5/9/2019 at C4,C5,C6. There were no controls. She then immediately undergoes radiofrequency ablation at the same levels. This was based off of a single, uncontrolled block; which has been shown to produce significant false positive results.

Barnsley et. al. in Clin J Pain 1993 report that uncontrolled diagnostic blocks are compromised by a significant false positive rate that seriously detracts from the specificity of the test. This would indicate that single, uncontrolled injections are not predictive of facet joint pain. The International Spine Intervention Society Guidelines also state, "A diagnosis based on a single block, therefore, could not be relied upon to secure a correct diagnosis." The Guidelines recommend comparative local anesthetic blocks with consideration for placebo-controlled blocks for maximum diagnostic confidence.

The Guidelines go on to state that "unless a diagnostic block is performed under double-blind conditions, the risks of response bias, observer bias, and reporting bias remain eminent, regardless of how honest and objective a doctor claims to be."

In this case, a single, uncontrolled, unblinded injection was given with immediate evaluation and progression to radiofrequency ablation. This would not be supported by the Guidelines.

As for radiofrequency ablations, the Carragee study previously cited does not support the use of radiofrequency ablation. The Spine Intervention Society Guidelines also state that meticulous selection

of patients is necessary for a successful result. The successful studies in the Guidelines support radiofrequency ablation only for those patients selected with controlled, comparative local anesthetic blocks with complete relief of the pain. The Guidelines state, "There is no evidence of efficacy or effectiveness of any other variant of the procedure( RFA), or for patients selected according to less stringent criteria." In this case, the stringent criteria set forth by the International Spine Intervention Society was not used. (Dr. deFrancesch cites these guidelines on the performance of cervical RFA).

In summary for the cervical spine, Ms. Brooks did not have any neck pain immediately after the accident or even days later. The first report of neck pain was over two week after the accident. This is not consistent with an acute, traumatic injury to the cervical spine. The cervical spine MRI show degenerative findings including disc dessication, spurs and disc bulges/protrusions. There is no objective evidence of trauma to the cervical spine. The low change in velocity mechanism of injury has not been shown to generate cervical disc injury or generate forces that cause neck injury beyond a strain. There is no objective justification for a causation claim that the incident generated the changes seen on Ms. Baker's cervical MRI or ongoing neck complaints. She has had facet joint injections and medial branch blocks in a nondiagnostic manner. Any cervical facet injections or radiofrequency ablation would not be related to the accident in the past or future. There is no medical evidence which shows the efficacy of repeating radiofrequency ablation beyond 5-7 years at this point; even under stringent controlled block criteria.

In causation analysis for the lumbar spine, Mr. Brooks presented with axial back pain three days after the accident. There were no radicular complaints or leg numbness/weakness after the accident. There was no immediate reports of pain at the accident, and she was able to continue her job. This would not be consistent with an acute, traumatic origin of low back pain, radiculopathy or radicular symptoms/signs. The diagnosis (Step one) based off of objective studies (MRI) would be lumbar disc degeneration, lumbar facet arthritis, and disc protrusions. These diagnoses are not traumatic related and found in the normal aging population without injury. She has also reported that her midback and low back pain returned back to normal after the injury.

Mr. Brooks has had a lumbar MRI study over a year after the incident. The MRI study show disc dessication, protruding discs, and some facet arthritis. These are all consistent with the aging process. There is no objective evidence of acute injury on the lumbar MRI.

Like the cervical spine, numerous studies have shown the common appearance of degenerative findings seen on lumbar MRI and their lack of association with clinical symptoms.

Brinjikji et. al. in <u>AJNR</u> 2015 report that in asymptomatic patients in their 50s, the incidence of lumbar disc degeneration is 80%, disc bulge is 60%, and disc protrusion is 36%. They report that these findings are common, increase with age, and are not associated with the development of symptoms.

Kalichman et. al. in <u>Spine J</u> 2008 and 2010 report that over 76% of individuals in their 50s have evidence of facet degeneration of the lumbar spine. They also found that there was no association between facet joint arthritis at any spinal level and the development of low back pain. Facet joint arthritis is a universal finding in the lumbar spine, particularly over the age of 30.

Fardon et. al. in <u>Spine J</u> 2014 (Based off of recommendation of the North American Spine Society, American Society of Spine Radiology, and the American Society of Neuroradiology) report that in the absence of imaging evidence of fracture or dislocation; degenerative changes in the spine, including discs, should be classified as degenerative rather than traumatic in nature.

Included in this study is a discussion on the term "annular tear". In the MRI report, there is mention of an annular tear. However, these societies believe that the use of the term "tear" is nonstandard. The correct term is annular fissure. The term "fissure" describes the spectrum of these lesions and does not imply that the lesion is a consequence of injury. Fissures appear in nearly all degenerated discs. They report that imaging observation of an annular fissure does not imply an injury or related symptoms, but simply defines the morphologic change in the annulus.

Hartvigsen et. al. in <u>Lancet</u> 2018 report that no investigation has accurately identified a disc

RE: Pamela Brooks
July 18, 2019
Page 11

problem as contributing to an individual's pain; there is no widely accepted reference standard for discogenic pain. Furthermore, they also found that there is no association between radiological osteoarthritis of facet joints and the presence of low back pain. Clinical identification of individuals whose facet joints are contributing to their pain is not possible.

As for mechanism of injury (Step 2 and 3), Carragee et. al in Spine 2006 report that there is no association between minor trauma and adverse, chronic low back pain events. Serious low back pain was not more common in subjects with baseline disc degeneration, disc protrusion, or annular disruption. If trauma did not cause serious visceral injury, pelvis fracture, or long bone fracture, then no minor trauma in their study was found to cause chronic low back pain outside of a compensation/litigation setting.

Furthermore, in this accident, it is unclear how a cervical or lumbar injury would occur. Disc injury is typically a combination of flexion and compression with force. Facet injury could occur with hyperflexion or extension. These forces would not be expected to have occurred in this case, especially at a low change in velocity. Wood et. al. in the AMA Guides Newsletter November/December 2018, specifically report that "the motions, forces, and accelerations generated in low-speed (low change in velocity) collisions are less than those encountered in activities of daily living. The scientific process of injury causation analysis leads to the conclusion that disc degeneration and disc herniations are preexisting and not caused by low-speed vehicle collisions."

Lee et. al. in Annals of Orthopedics & Rheumatology report that low change in velocity rear end vehicular collisions produce limited impact forces, limited lumbar range of motion, and a general lack of injury mechanism. They say, "The evidence for the occurrence of lumbar disc injury after these collisions is not compelling."

According to the International Spine Intervention Society Guidelines, Second Edition, the prevalence of lumbar facet joint pain is low, except in the elderly population (over 65 years of age). Prevalence studies have found lumbar facet joint pain in less than 10% of patients based on a response to single diagnostic blocks. When controlled, blinded, double blocks are used, the prevalence would be even less. The prevalence is so rare that the Society recommends that in every case that placebo-controlled blinded blocks be used for diagnosis. They state, "Physicians who adopt any other criteria should understand that their blocks will lack validity. Because of the inherent false-positive rate, any diagnosis made cannot be deemed to be true."

In the literature, there is little support for lumbar facet injections and radiofrequency ablation. Chou et. al in Spine in 2009 established clinical practice guidelines for the American Pain Society. In these guidelines, the latest set forth by the American Pain Society, facet joint corticosteroid injections are not recommended for persistent nonradicular low back pain. These guidelines are published on the American Pain Society website.

To followup this study, Chou et. al in 2015 (AHRQ) report that limited evidence (13 trials) suggested that facet joint corticosteroid injections are not effective for presumed facet joint pain. Studies found no clear difference between various facet joint injections and placebo interventions.

Staal et. al in Spine in 2008 report that there is insufficient evidence to support the use of injection therapy in subacute and chronic low back pain. They found that corticosteroid facet joint injections are not significantly different from placebo injections for pain relief and improvement of disability.

Like the cervical spine, there is significant false-positive rate with single facet blocks. Manchukonda et. al. in J Spinal Disord Tech 2007 report that the false positive rate of a single cervical block was 45%, the same rate was seen in the lumbar spine. Schwarzer et. al. in Pain 1994 report that uncontrolled diagnostic blocks are unreliable for the diagnosis of lumbar zygoapophysial joint pain, not only in epidemiologic studies but also in any given patient.

Jonas et. al. in Pain Medicine 2018 report that a moderate amount of evidence does not support the use of invasive procedures as compared with sham procedures for patients with chronic back pain.

RE: Pamela Brooks
July 18, 2019
Page 12

Foster et. al. in <u>Lancet</u> 2018 report that recent guidelines do not recommend facet joint injections for low back pain alone.

As for radiofrequency ablation, a Cochrane database review in 2015 found that there is no high-quality evidence suggesting that radiofrequency denervation provides pain relief for patients with chronic low back pain nor does it improve function.

In addition, Juch et. al in <u>JAMA</u> in 2017 reported on the efficacy of radiofrequency ablations. In 3 randomized clinical trials of participants with chronic low back pain originating in the facet joints, sacroiliac joints, or a combination of facet joints, sacroiliac joints, or intervertebral discs; radiofrequency denervation combined with a standardized exercise program resulted in either no improvement or no clinically important improvement in chronic low back pain compared with a standardized exercise program alone. The findings do not support the use of radiofrequency denervation to treat chronic low back pain from facet joints, sacroiliac joints or intervertebral discs.

Ms. Brooks has also had previous MVC with treatment for back pain. This would denote pre-existing conditions to the lumbar spine.

In summary for the lumbar spine, Ms. Brooks did not report any immediate low back pain after the accident. She reported three days later with back pain. The lumbar spine MRI shows degenerative findings including disc dessication, facet arthritis, and disc protrusions. There is no objective evidence of trauma to the lumbar spine. The low-speed change in velocity mechanism of injury has not been shown to generate disc injury or serious back issues. There is no objective justification for a causation claim that the incident generated the changes seen on Ms. Brooks' lumbar MRI or ongoing back complaints. The literature does not support continued radiofrequency denervation and has shown a high false-positive response of facet joint blocks. She also reported that her mid back and low back were back to normal after the accident.

As for recovery time after blocks and injections, Ms. Brooks should be able to return to regular duty the following day. There is no need for further time off than that. As for radiofrequency ablation, a day off from regular duty is reasonable.

In causation analysis for the knees, Ms. Brooks had significant pre-existing osteoarthritis to the knees. She admits to worsening "knocked" knees deformity prior to the accident. She admits to taking aspirin and soaking her knees prior to the accident. As for causation and mechanism of injury, there is no clear mechanism by which a low speed rear-end collision would generate arthritis in the knee. Furthermore, there is no clear mechanism by which a low speed rear-end collision would exacerbate or aggravate a pre-existing condition to any significant degree. Orthopedic literature (and other publications) has shown that in a rear-end collision, the driver would move rearward in the seat. The seat would absorb energy from the impact and then the driver would rebound forward. However, the rebound would be dissipated and also restrained by the shoulder and lap belt. This type of motion would not be consistent with the generation of a meniscus tear, ligament tear, arthritis, or an aggravation of a pre-existing condition.

As for meniscus tears on the MRI, studies have shown the common appearance of meniscus tears; especially with aging and arthritis. Meniscus tearing is a part of the natural arthritis process. Ms. Brooks has said she had a history of a meniscus tear as well.

T Bhattacharyya et al. in <u>JBJS</u> report that meniscal tears are common in the asymptomatic, aging population. 67% of asymptomatic females over the age of 50 had evidence of meniscus tears on MRI.

RE: Pamela Brooks
July 18, 2019
Page 13

They found that if x-rays showed slight narrowing of the joint, a meniscus tear was evident on MRI about 90% of the time. (Ms. Brooks has severe, advanced joint narrowing)

Englund et. al. in NEJM report that incidental meniscal findings on MRI of the knee are common in the general population and increase with increasing age. They do not indicate a traumatic origin or even a pain-generating source.

In summary for the knees, Ms. Brooks had significant pre-existing arthritis to her knees. She was treating her knees with aspirin and soaks prior the accident. She had meniscus tear in her knee prior the accident. She had worsening knocked-knees prior to the accident. The recommended treatment for knee arthritis which is severe would be knee replacement. This would be due to her pre-existing condition and not due to the accident. There is no objective evidence of any exacerbation or aggravation of her pre-existing condition. The mechanism of injury is not consistent with an exacerbation or aggravation. There is no evidence that the accident has objectively accelerated her need for knee replacement.

In causation analysis for the shoulders, Ms. Brooks did not have any left shoulder pain after the accident or three days after the accident. Her first left shoulder complaints were two weeks after the accident. This is not consistent with an acute, traumatic origin of her left shoulder pain. There are no current left shoulder complaints. She did complain of right shoulder pain three days after the accident, but no injuries were reported at the scene. The MRI of the right shoulder shows minimal changes in the supraspinatus tendon. Dr. Finney has recommended conservative treatment.

Brooks et. al. in the AMA Guides Newsletter January/February 2014 report that MRIs identify a high prevalence of rotator cuff tears in asymptomatic individuals. They also report that the "biomechanical literature contains no reports of human volunteers sustaining cuff tears or other shoulder injury in staged rear-end collisions despite the fact that several hundred such tests have been conducted." In the conclusion they state that there is "insufficient evidence in the medical literature to conclude that rear-end MVCs cause rotator cuff tears and compelling evidence in the biomechanical literature that low-speed rear-end collisions do not. " They also note that the forces in a low-speed rear impact are insufficient to even propagate a pre-existing partial tear, much less cause a new tear.

In summary for the shoulders, Ms. Brooks had no left shoulder pain after the accident. Two weeks later, she presented with left shoulder pain. This is not consistent with an acute, traumatic injury. She currently has no left shoulder pain. As for the right shoulder, there is a high prevalence of partial rotator cuff tears in the aging population. The presence of partial tearing does not signify trauma or an acute traumatic origin. The mechanism of injury is not consistent with the generation of a rotator cuff tear according to the medical and biomechanical literature cited by the AMA.

Robert Barth, Ph.D. has written extensively about chronic pain for the AMA and the AAOS. His article in the AMA Guides Newsletter January/February 2013 summarizes many significant risk factors for the development of chronic pain, not explained by general medical findings. Barth reports "several studies that have shown that eligibility for compensation is a dominant factor for chronic pain claims." (The Carragee study previously cited is one of those studies). The MRI changes seen on Ms. Brooks' studies have not been shown to be contributors to chronic pain. Using the causation method, however, a significant risk factor for the development of chronic pain is compensation issues.

Finally, there appears to be a large gap in the treatment record from May of 2018 to December of

RE: Pamela Brooks
July 18, 2019
Page 14

2018. This would not be consistent with significant, chronic, ongoing pain or disability.

In summary, Ms. Brooks was involved in a rear end motor vehicle collision. She did not report any neck pain for over two weeks after the accident. Later she developed new symptoms of neck pain and left shoulder pain. This is inconsistent with an acute, traumatic origin (step 5). The objective studies show common degenerative findings that have been shown to not be associated with injury and to not be associated with the development of symptoms. The mechanism of injury would not be expected to generate cervical or lumbar disc/spine injury. She had a history of previous neck, back, and knee issues. The literature does not support continued radiofrequency ablation or uncontrolled diagnostic blocks. She had severe, pre-existing knee arthritis. There is no objective evidence of aggravation of her pre-existing arthritis. The mechanism of injury is not consistent with the generation of a rotator cuff tear per the medical literature.

This medical evaluation encompasses the subjective complaints and history as given by the examinee as well as the medical records provided for my review. My opinions are based upon reasonable medical probability, supported by medical literature, assuming the materials are true and correct. Standard causation analysis protocol was used as endorsed by the AMA and AAOS. If more information becomes available, such information may or may not change my opinion. My opinions do no constitute per se any recommendation for specific claims or administrative functions/decisions to be made or enforced.

Barth. Determining Injury-Relatedness, Work-Relatedness, and Claim-Relatedness. *AMA Guides Newsletter*. May/June 2012.

Daimon et. al. A 20-Year Prospective Longitudinal Study of Degeneration of the Cervical Spine in a Volunteer Cohort Assessed Using MRI. *JBJS* 2018. 100:843-9.

Nordin et. al. Assessment of Neck Pain and Its Associated Disorders. Results of the Bone and Joint Decade 2000-2010 Task Force on Neck Pain and Its Associated Disorders. *Spine* 2008. 33(45): S101-S122.

Nakashima et. al. Cervical Disc Protrusion Correlates with the Severity of Cervical Disc Degeneration. *Spine 2015*. 40(13): E774-779.

Nordin et. al. Assessment of Neck Pain and Its Associated Disorders. *Spine* 2008. (33)45: S101-S122.

Cormier et. al. A Comprehensive Review of Low-Speed Rear Impact Volunteer Studies and Comparison to Real-World Outcomes. *Spine 2018*. 43(18): 1250-1258.

Brinjikji et al. Systematic Literature Review of Imaging Features of Spinal Degeneration in Asymptomatic Populations. *AJNR. 2015, 36:811-816.*

Kalichman et. al. Facet joint osteoarthritis and low back pain in the community-based population. *Spine* 2008. 33(23): 2560-2565.

Kalichman et. al. Computed tomography-evaluated features of spinal degeneration: prevalence, intercorrelation, and association with self-reported low back pain. *Spine J.* 2010. 10(3): 200-208.

Hartvigsen et. al. Low back pain. *Lancet* 2018. 391:2356-67.

Carragee et. al. Does Minor Trauma Cause Serious Low Back Illness? *Spine* 2006. 31(25): 2942-2949.

Wood et. al. Do Low-Speed Vehicle Collisions Cause Intervertebral Disc Degenration or Herniation? *AMA Guides Newsletter.* November/December 2018. 3-8.

Lee et. al. Lumbar Intervertebral Disc Injuries in Low Velocity Rear End Vehicular Collisions: The Current Evidence. *Annals of Orthopedics and Rheumatology.* 2014. 2(4): 1-10.

RE: Pamela Brooks
July 18, 2019
Page 15

Benzel. The Cervical Spine Fifth Edition textbook.

Barth. Chronic Pain: Fundamental Scientific Considerations, Specifically for Legal Claims. *AMA Guides Newsletter* January/February 2013. 1-19.

Nordin et. al. Assessment of Neck pain and Its Associated Disorders. Results of the Bone and Joint Decade 2000-2010 Task Force on Neck Pain and Its Associated Disorders. *Spine* 2008 (33):45:S101-S122

Carragee et. al. Treatment of Neck Pain. Injections and Surgical Interventions: Results of the Bone and Joint Decade 2000-2010 Task Force on Neck Pain and Its Associated Disorders. *Spine* 2008; 33(45):S153-S169

Falco et. al. Systematic Review of Therapeutic Effectiveness of Cervical Facet Joint Interventions: An Update. *Pain Physician* 2012.; 15: E839-868.

Barnsley et. al. False-positive rates of cervical zygapophysial joint blocks. *Clin J Pain.* 1993. 9(2): 124-130.

Chou R. et. al. Interventional Therapies, Surgery, and Interdisciplinary Rehabilitation for Low Back Pain. An Evidence Based Clinical Practice Guideline from the American Pain Society. *Spine* 2009. 34(10): 1066-1077.

Chou R et. al. Pain Management Injection Therapies for Low Back Pain. AHRQ Technology Assessments. 2015. Agency for Healthcare Research and Quality.

Staal et. al. Injection Therapy for Subacute and Chronic Low Back Pain. *Spine* 2008. 34(1): 49-59.

Manchukonda et. al. Facet Joint Pain in Chronic Spinal Pain: an Evaluation of Prevalence and False-Positive Rate of Diagnostic Blocks. *J Spinal Disord Tech.* 2007; 20(7): 539-545.

Schwarzer et. al. The false-positive rate of uncontrolled diagnostic blocks of the lumbar zygoapophysial joints. *Pain.* 1994: 58: 195-200.

Jonas et. al. Are Invasive Procedures Effective for Chronic Pain? A Systematic Review. *Pain Medicine.* 2018. 0(0):1-13.

Foster et. al. Low back pain. Prevention and treatment of low back pain: evidence, challenges, and promising directions. *Lancet* 2018. 391: 2368-2383

Juch JN et. al. Effect of Radiofrequency Denervation on Pain Intensity Among Patients with Chronic Low Back Pain. The Mint Randomized Clinical Trials. *JAMA.* 2017; 318(1):68-81.

Cohen et. al. The effect of sedation on the accuracy and treatment outcomes for diagnostic injections: A randomized, controlled, crossover study. *Pain Medicine* 2014. 15: 588-602.

Maas et. al. Radiofrequency denervation for chronic low back pain. *Cochrane Database Systematic Reviews.* 2015, Issue 10.

International Spine Intervention Society, Second Edition.

T Bhattacharyya et al. The Clinical Importance of meniscal tears demonstrated by MRI in OA of the knee. *JBJS* 2003: 85-A: 4-9.

Englund et al. Incidental Meniscal findings in middle-aged and elderly persons. *NEJM* 2008; 359: 1108-1115.

Brooks et. al. Do Rear End Collisions Cause Rotator Cuff Tears? *AMA Guides Newsletter* January/February 2014. 3-7.

Kevin M. Watson, M.D.