EXHIBIT "3"

**17**

Brooks Plaintiff
000703



# ELIZABETH B. MARTINA

### & ASSOCIATES

4424 Chastant Street, Suite 102 Metairie, LA 70006
Ph. (504) 962-7656
Fax (504) 603-2049
Elizabethmartina@gmail.com
June 28, 2019

Mr. Dean Favret
Favret, Demarest, Russo,
Lutkewitte & Schaumburg, APLC
1515 Poydras St., Ste. 1400
New Orleans, LA 70112

Re:    Pamela Brooks

Dear Mr. Favret:

Ms. Brooks was seen for a vocational/Life Care Plan evaluation on 5/13/19 at our office in Metairie. Prior to the beginning of our meeting, it was explained to Ms. Brooks that the meeting was for assessment only, that we did not have a client/counselor relationship and that a report would be issued. Ms. Brooks signed a professional disclosure form and a HIPAA release prior to beginning the evaluation. In-person meetings were held with Fred DeFrancesch, M.D., on 5/16/19 and with Marco Rodriguez, M.D., on 5/21/19, and a telephone conference was held with R. Douglas Bostick, M.D., on 5/31/19 regarding their recommendations for Ms. Brooks' physical restrictions and future needs medically more probable than not required as a result of her 10/31/16 accident. The following records were also reviewed:

- State of Louisiana Uniform Motor Vehicle Traffic Crash Report dated 10/31/16;
- Medical record from Theodore Irra, M.D. with SouthShore Physician Group dated 11/18/16 to 3/28/17;
- Imaging records from Magnolia Diagnostics, Inc. dated 3/09/17;
- Medical records from Ashfaq Qureshi, M.D. with SouthShore Physician Group dated 4/19/17 to 6/22/17;
- Imaging records from Metairie Imaging dated 5/09/17 and 11/07/17;
- Medical records from Rand Voorhies, M.D. with Southern Brain & Spine dated 8/28/17 to 11/27/17;
- Imaging records from Diagnostic Imaging Services dated 9/12/17 and 11/13/17;
- Medical records from Marco Rodriguez, M.D. with LA Health Solutions dated 9/26/17 to 01/23/19;
- Medical records from Timothy Finney, M.D. with Southern Orthopaedic Specialists dated 11/06/17;
- Medical records from Fred DeFrancesch, M.D. with NeuroMuscular Medical Associates dated 3/08/18 and 12/17/18; and

Brooks Plaintiff
000704

Re: Brooks, Pamela
Page 2

- Medical records from R. Douglas Bostick, M.D. with LA Health Solutions dated 5/03/18 and 01/22/19.

## BACKGROUND INFORMATION

Ms. Brooks is 58 years old (D.O.B. 10/24/60) and lives in Marrero, Louisiana, by herself. She lives in a single story home with one step to get inside. Her master bedroom has a separate tub and shower with no safety bars. Ms. Brooks reported she does not take a shower as she worried about falling. She prefers to take a bath for safety reasons.

Ms. Brooks reported that she was born and raised in Gretna. Ms. Brooks reported she was married twice to her first husband, Calvin Joseph Jones who is now deceased, and also married Tyrone Reginald Brooks who is also deceased. Ms. Brooks reported she has no children. Ms. Brooks' father, Joseph Stamps completed college at Dillard University, worked as an Industrial Electrician, lived out of state, and recently passed away. Her mother, Barbara Stamps has a Bachelor of Science degree and her primary occupation was as a Registered Nurse. Ms. Brooks' biological sibling, Michael Stamps attended college but did not complete a degree, works as an Investigator for Orleans Parish and as a Deputy Sheriff for the Orleans Parish Sheriff's Office. Ms. Brooks reported she was not close to other half siblings.

On a typical day Ms. Brooks reported she wakes up at 5:00 a.m., watches the news, takes a bath, gets dressed, and leaves for work around 7:00 a.m. She works until 5:30 or 6:00 p.m. After work, she may have to go to the Sheriff's office. If not, she may have Bible study or a function at church and then goes home. On Saturdays, Ms. Brooks works for the Sheriff's office. On Sundays, Ms. Brooks attends church at Life Center in Marrero. She is an Assistant Preacher and an ordained Minister. Ms. Brooks reported she goes to bed around 12:00 to 1:00 a.m.

Ms. Brooks reported housekeeping causes her pain. Sweeping, mopping, and vacuuming hurts her lower back. She indicated that she can do dishes and laundry with little difficulty. She reported she breaks up the household tasks and takes more breaks. Ms. Brooks pays for someone to do her yard work. She does her own grocery shopping and does not have to cook very much since it is just her at home.

Ms. Brooks reported that she has never been convicted of a felony, has never been treated for drug or alcohol abuse, has never been treated for psychiatric/psychological conditions, and has never applied for Social Security Disability.

## EDUCATION HISTORY

Ms. Brooks reported that she graduated from John Ehret High School in 1978 and was an A/B student. She was involved in Student Council, Math Honors Society, and worked in the principal's office primarily filing paperwork.

Brooks Plaintiff
000705

Re: Brooks, Pamela
Page 3

Ms. Brooks obtained her Bachelor's degree from Xavier University in 1982. Her major was Psychology and she had a minor in Computer Science.

Ms. Brooks reported that she then began working towards her Master's degree at Carnegie Mellon University from June to August of 1982. It was an intense 8 to 12 week program and she received 45 post graduate hours. Ms. Brooks came home and worked for a year prior to returning to night school while she worked full time. She obtained her Master's degree in Public Administration from the University of New Orleans (UNO) in 1986.

In 1992 Ms. Brooks went to Delgado Community College and received her certification in Mortuary Science and worked for 10 years but never took the national test.

In December of 2000 Ms. Brooks reported that she obtained her certification in an ABA approved program for Paralegal Studies from UNO.

Ms. Brooks reported she has computer skills and is proficient with email, Internet, Microsoft Office, Kronos, Citrix, and Pro-Law.

## WORK HISTORY

Ms. Brooks began working as a Substitute Teacher for the Jefferson Parish Public School System after she finished her undergraduate program. She taught remedial math for about one year. She reported she was then transferred to another school to teach science and she decided to quit.

Ms. Brooks began working at Rutledge Community College as a Computer Science Instructor. She reported being in this position for about 2 years and left due to the school closing.

Next, Ms. Brooks worked for Phillips Junior College in New Orleans and she taught Computer Science/Data Entry. This position last about 1 to 2 years until the school was closing.

Around 1994 Ms. Brooks reported she began working for the Orleans Parish Sheriff's Office as a Training Officer. Her job duties included training new recruits. She reported she was in this position for 3 to 4 years and left because she was not making enough money. Ms. Brooks reported she made minimum wage but was able to make unlimited overtime especially when she worked details.

Ms. Brooks then began working for the Orleans Parish Civil Sheriff's Office as a Deputy Sheriff. She was assigned to the Serving Division where she would hand out subpoenas and court documents. She reported she primarily was assigned to the central business district. Ms. Brooked reported she was the first woman allowed in this division and after about 1 year she quit this position as she did not feel safe.

Next, Ms. Brooks worked for Morris Bart's office as a Paralegal for about one year.

Brooks Plaintiff
000706

Re: Brooks, Pamela
Page 4

Ms. Brooks worked as an Assistant Restitution Manager for Civil District Court in the Juvenile Court division. Ms. Brooks reported she would collect money or drive offenders to community service. She reported she thinks she earned $30,000.00 per year in this position. She reported she also had to testify in court.

Ms. Brooks went back to work as a Paralegal for Klotz and Earley for about 2 years. She reported she took a pay cut in this position and earned about $26,000.00 per year because she wanted to be back in an office setting. She reported she left this position.

Ms. Brooks began working for Attorney Plus Obioha as a Paralegal earning $28,000.00 per year for about 2 years. She left this position when Hurricane Katrina hit in 2005.

After Hurricane Katrina, Ms. Brooks reported that she took a temporary job in Baton Rouge working as a Reintegration Counselor for the Louisiana Workforce Commission. Ms. Brooks reported she provided job placement, counseling, and helped individuals find resources. She reported she earned $40,000.00 per year for about 6 to 9 months.

Ms. Brooks reported that she next worked as a Housing Advisor for the International Road Home Program for about 2 years. She indicated that she helped families with competing applications, initial interviews, helped calculate awards, and offered services. Ms. Brooks reported she earned about $40,000.00 per year and left when the program ended.

Next Ms. Brooks reported that she worked for Pinkerton Government Services, Inc. as an Administrative Specialist and Recruiter from 2008 until 2013. Ms. Brooks reported she paid the bills, maintained files for human resources, made sure new recruits had uniforms, ordered supplies, and maintained personnel files. She reported she earned $35,000.00 per year.

Ms. Brooks reported that Pinkerton changed their name to Securitas Security Services. She is currently employed as a Human Resource Specialist and Recruiter. Ms. Brooks reported she worked for the Oil, Gas, and Petrochemical Division. She indicated that she has more responsibility in this position such as state training, security office training, hiring, firing, file maintenance, and performed office manager duties. Ms. Brooks reported she was currently earning about $48,000.00 per year working 40 hours per week, Monday through Friday from 8:00 a.m. to 5:00 p.m. Ms. Brooks described this position as primarily sedentary to light duty in nature. Since the accident Ms. Brooks reported she has not taken off of work from Securitas except for doctors' appointments only.

In October 2011 Ms. Brooks reported she was also working for the Sheriff's office as a Deputy Sheriff in the Reserve Division. She indicated she would do 24 hours of volunteer work per month in addition to paid details. She reported she had a steady detail at Ochsner on Thursdays through Sundays from 6:00 p.m. until 12:00 a.m. and sometimes worked from 12:00 p.m. until 12:00 a.m. Ms. Brooks reported she earned $30.00 per hour in this capacity. Since the 10/31/16 accident Ms. Brooks reported she does not do as many details as before and had not done a detail since May of 2018. Ms. Brooks reported the most difficult part of the detail was standing.

Brooks Plaintiff
000707

Re: Brooks, Pamela
Page 5

## MEDICAL HISTORY AS OF 10/31/16

According to a State of Louisiana Uniform Motor Vehicle Traffic Crash Report, Ms. Brooks was involved in a motor vehicle accident (MVA) on 10/31/16.

On 11/03/16 Ms. Brooks presented to Theodore A. Irra, M.D. with SouthShore Physician Group with reported complaints of headaches and pain in her knees, right shoulder, and back following an MVA on 10/31/16. Dr. Irra's diagnostic impression was bilateral shoulder strain, bilateral knee strain, and lumbar strain with all symptoms and findings casually related to the accident. Dr. Irra recommended office therapy and medications (not specified).

On 11/17/16 Ms. Brooks saw Dr. Irra and was given light duty restrictions of no carrying/lifting more than 15 pounds, no prolonged sitting, standing, or bending, and no direct contact with suspects. Therapy was continued.

Ms. Brooks was seen by Dr. Irra on 12/12/16, 01/03/17, and 01/24/17. Dr. Irra continued therapy, light duty restrictions, and medications.

On 02/14/17 Ms. Brooks saw Dr. Irra and reported the pain in her neck, both shoulders, and back was worse but her knees were the same. Dr. Irra continued light duty restrictions and therapy and ordered an MRI of the cervical spine, right shoulder, and both knees.

On 3/07/17 Ms. Brooks followed up with Dr. Irra and was referred for a consultation with an Orthopedist – Spine Specialist.

On 3/09/17 Ms. Brooks had an MRI of the right shoulder at Magnolia Diagnostics, Inc. as ordered by Dr. Irra. The reported impression included:
- Evidence of a rotator cuff tear consisting of a traumatic distal tear of the supraspinatus tendon; and
- Small rather loculated hematoma within subscapularis muscle adjacent to the proximal edge of the subscapularis tendon as described.

On the same day Ms. Brooks had an MRI of the left knee and the reported impression was:
- Moderate size joint effusion;
- Mild changes of chondromalacia involving the lateral patellar facet;
- Moderately advanced osteoarthritic change;
- Small osteochondral defects involving the lateral femoral condyle and the lateral tibial plateau with a small amount of bone marrow edema surrounding both defects;
- Suspicion of a small loose body in the joint centrally;
- Maceration and destruction of the lateral meniscus with small remnants of tissue anteriorly and posteriorly suggesting acute injury and worsening of pre-existing lateral meniscus pathology;
- High index of suspicion of an anterior cruciate ligament tear; and
- Evidence of sprain of the medial collateral ligament.

Re: Brooks, Pamela
Page 6

On the same day Ms. Brooks had an MRI of the right knee and the reported impression was:
- Moderate size joint effusion;
- Moderately advanced osteoarthritic change;
- Very small osteochondral defect involving the lateral femoral condyle anteriorly with larger osteochondral defect involving much of the lateral tibial plateau with mild surrounding bone marrow edema of both;
- Maceration and destruction of the lateral meniscus with small retained fragments anteriorly and posteriorly suggesting acute injury and worsening of a meniscus with some pre-existing pathology as described;
- Oblique tear of the posterior horn of the medial meniscus;
- High index of suspicion of an anterior cruciate ligament tear as described; and
- Evidence of sprain of the medial collateral ligament.

Ms. Brooks saw Dr. Irra on 3/28/17 and reviewed the MRI results that had been done. Dr. Irra recommended continued therapy as before except discontinue therapy to the lumbar spine. Light duty restrictions were continued and an MRI of the cervical spine was ordered.

On 4/19/17 Ms. Brooks was seen by Ashfaq A. Qureshi, M.D. with SouthShore Physician Group. Dr. Qureshi reported MRI of the left knee showed multiple findings, the right shoulder MRI showed rotator cuff tear and hematoma, and the right knee MRI showed multiple findings and oblique tear of the medial meniscus. Dr. Qureshi continued light duty restrictions, ordered an MRI of the cervical spine, and referred her to an Orthopedist for the knee and right shoulder. Medications were also prescribed.

Ms. Brooks had an MRI of the cervical spine on 5/09/17 at Metairie Imaging as ordered by Dr. Irra. The reported impression included:
- Multilevel disc desiccation identified throughout the cervical spine. There was reversal of cervical lordosis appreciated. These findings were consistent with probable muscle spasm;
- Anterior bridging osteophytes were appreciated at C3-4, C4-5, C5-6, and C6-7 consistent with cervical spondylosis;
- Concentric disc bulge was identified at C3-4 producing moderate neuroforaminal narrowing bilaterally;
- Concentric subligamentous disc herniation was identified at C4-5 measuring 3.9 mm. There was mild to moderate neuroforaminal narrowing identified bilaterally;
- Concentric disc bulge was identified at C5-6 producing mild to moderate neuroforaminal narrowing bilaterally;
- Left paracentral subligamentous disc herniation was identified at C6-7 measuring 5.3 mm. There was moderate to severe neuroforaminal narrowing identified on the left. There was contact of the exiting left C7 nerve root. There was mild neuroforaminal narrowing identified on the right; and
- Facet hypertrophy was appreciated bilaterally at C3-4, C4-5, and C5-6. A SPECT scan could be obtained to confirm acuity. Alternatively, if acute changes were suspected, an

Re: Brooks, Pamela
Page 7

> interventional pain consultation for facet syndrome injury may be beneficial as these
> findings could represent factors in this patient's pain symptomatology.

On 5/10/17 Ms. Brooks saw Dr. Qureshi and he continued light duty restrictions, therapy, and
medications.

On 5/31/17 Ms. Brooks followed up with Dr. Qureshi and he continued therapy, light duty
restrictions, and consult with an Orthopedist.

On 6/01/17 Dr. Qureshi reviewed Ms. Brooks' MRI of the cervical spine and recommended a
Neurosurgeon consultation for the cervical spine.

Ms. Brooks was seen by Dr. Qureshi on 6/21/17. Dr. Qureshi continued light duty restrictions,
referred her for consultation with a Neurosurgeon for the cervical spine, and referred her for
consultation with an Orthopedist for the knees.

On 6/22/17 Dr. Qureshi discharged Ms. Brooks to the care of an Orthopedist for the right
shoulder and knees and to a Neurosurgeon for the cervical spine.

On 8/28/17 Ms. Brooks presented to Rand Voorhies, M.D. at Southern Brain and Spine for a
Neurosurgical evaluation. Ms. Brooks reported her chief complaint was right-sided neck pain
and shoulder pain, low back pain, and bilateral knee pain. Dr. Voorhies' impression was a
woman who had pain with definite anatomic abnormalities in the cervical spine, right shoulder,
and both knees. Dr. Voorhies recommended Orthopedic evaluations for the right shoulder and
both knees, cervical x-rays to rule out any observable translational or angular instability, and a
cervical SPECT scan.

Ms. Brooks had a Nuclear Medicine SPECT Imaging and 3-D Fusion on 9/12/17 at D.I.S.
Women's and Advanced Imaging Center as ordered by Dr. Voorhies. The reported impression
included:

- There were regions of abnormal activity involving the C4 and C5 vertebral bodies. This
  study could be fused with cross-sectional imaging for more accurate localization.

On the same day, Ms. Brooks had a cervical spine series and the reported impression was:

- There was loss of the normal cervical lordosis consistent with muscle spasm;
- Multilevel disc space narrowing from C3-4 through the C6-7 levels, inclusive;
- Multilevel facet arthropathy; and
- There was osseous foraminal restriction bilaterally at C4-5 and on the left at C5-6.

Ms. Brooks was seen by Marco A. Rodriguez, M.D. on 9/26/17 for orthopedic evaluation. Dr.
Rodriguez's diagnoses were cervical discopathy without myelopathy, cervical facet syndrome,
lumbosacral facet joint syndrome, lumbosacral spondylolisthesis, left knee pain, right knee
pain, MVA, and pain in right shoulder. He reported the diagnoses were directly related to the
MVA on 10/31/16 as she had no baseline symptoms prior to this injury. Dr. Rodriguez
prescribed Mobic 15 mg and Robaxin 750 mg, referred her to Physical Medicine and

Brooks Plaintiff
000710

Re: Brooks, Pamela
Page 8

Rehabilitation (PMR) for right C5-T1 facet injections, ordered an MRI of the lumbar spine, and referred her to an Orthopedic Extremity Specialist to treat right shoulder and bilateral knee pain.

On 10/13/17 Dr. Voorhies provided a letter to Timothy P. Finney, M.D. at Southern Orthopedic Specialists outlining Ms. Brooks' case prior to her orthopedic evaluation on 11/03/17. Dr. Voorhies provided his initial report dated 8/28/17 and reviewed Ms. Brooks imaging to include cervical x-rays and cervical SPECT scan. Dr. Voorhies recommended Ms. Brooks follow through with her appointment with Dr. Finney and ordered a cervical CT scan.

On 11/06/17 Ms. Brooks saw Timothy P. Finney, M.D. with Southern Orthopedic Specialists for evaluation of her right shoulder and bilateral knee pain. Dr. Finney's impression was status post motor vehicle accident with complaints of right shoulder pain and weakness and bilateral knee pain and osteoarthritis. Dr. Finney reported that Ms. Brooks had some preexisting osteoarthritis developing in both knees with significant valgus alignment and lateral compartment bone on bone osteoarthritis. Dr. Finney opined that the collision on 10/31/16 aggravated the bilateral knee osteoarthritis. He reported Ms. Brooks also had right shoulder pain and weakness with some fraying of the cuff but no full thickness tear. Dr. Finney recommended physical therapy for the shoulder and oral anti-inflammatories. For the knees, Dr. Finney recommended bilateral total knee arthroplasties. Dr. Finney injected both knees with lidocaine to cortisone solution and fitted her with a knee brace on the right side. Dr. Finney opined that he felt she had preexisting osteoarthritis and that was the main reason for any knee replacement surgery. However, he felt that Ms. Brooks pain was exacerbated and the accident accelerated the need and maybe sped up the need for the bilateral knee replacements.

Ms. Brooks had an MRI of the lumbar spine on 11/07/17 at Metairie Imaging as ordered by Dr. Rodriguez. The reported impression included:

- Straightening of the lumbar curvature appreciated. These findings were consistent with probable muscle spasm;
- Central disc herniation was identified at L4-5 measuring 6.6 mm. Moderate neuroforaminal narrowing was identified bilaterally. There was contact of the thecal sac identified. Moderate spinal stenosis was appreciated with the AP diameter of the spinal canal measuring 9.4 mm;
- Right paracentral disc herniation was identified at L5-S1 measuring 5.0 mm. Severe neuroforaminal narrowing was appreciated on the right with contact of the exiting right L5 nerve root. No neuroforaminal narrowing was identified on the left;
- Facet hypertrophy was appreciated bilaterally at L4-5 and L5-S1. If acute changes were suspected, a SPECT scan can be obtained to confirm acuity. Alternatively, if acute changes were suspected, an interventional pain consultation for facet syndrome injury may be beneficial as these findings could represent factors in this patient's pain symptomatology;
- Fluid was identified at L4-5 and L5-S1 within the right and left facet joint suggesting acute facet synovitis. Acute changes were suspected. An interventional pain

Re: Brooks, Pamela
Page 9

consultation for facet syndrome injury may be beneficial as these findings could represent factors in this patient's pain symptomatology; and

- Annular tear of the L5-S1 disc was identified. The abnormal T2 signal likely represents edema and possibly hemorrhage of the disc. Acute insult to the disc was suspected. Neurosurgical or orthopedic consultation may be beneficial if discogenic pain was a clinical concern. A lumbar discogram will confirm the diagnosis.

On 11/14/17 Ms. Brooks saw Aimee E. Sabin, P.A.C. with Dr. Rodriguez' office. Ms. Brooks reported continued axial neck and low back pain. Ms. Sabin continued medications and referred her to PM&R for cervical facet injections and bilateral L4-S1 facet injections.

Ms. Brooks had a CT of the cervical spine without contrast with radionuclide bone scan fusion on 11/13/17 at D.I.S. Women's and Advanced Imaging Center as ordered by Dr. Voorhies. The reported impression was:

- There was straightening of the cervical lordosis which may be secondary to muscle spasm;
- C2-3 demonstrates a central disc herniation with ventral contact upon the thecal sac;
- C3-4 demonstrates disc space narrowing with disc herniation and ventral contact upon the thecal sac. There was mild bilateral foraminal restriction, left greater than right;
- C4-5 demonstrates disc space narrowing with a disc herniation of ventral contact upon the thecal sac was moderate bilateral foraminal restriction;
- C5-6 demonstrates a disc herniation of ventral contact upon the thecal sac. There was moderate left and mild right foraminal restriction; and
- C6-7 demonstrates disc space narrowing with severe left and mild right foraminal restriction.

The bone scan impression included:

- Marked abnormal activity involves both the C3 and C4 vertebral bodies. Abnormal activity abuts the C3-4 disc;
- There was mildly increased activity involving the right C1-2 articulation;
- There was mildly increased activity involving the right C2-3 facet joint;
- There was mildly increased activity involving the C5 vertebral body; and
- There was increased activity involving the anterior superior endplate of C7.

On 11/27/17 Ms. Brooks returned for follow up with Dr. Voorhies. Ms. Brooks reported Dr. Finney recommended surgery. Dr. Voorhies recommended continued follow up with her other healthcare providers specifically for her extremity orthopedic issues and primary care doctor for blood pressure control and referred Ms. Brooks to an interventionalist. Dr. Voorhies reported there were multiple potential pain generators based on the MRI appearance, but the CT/SPECT suggested a focal area of increased metabolic activity in the anterior column at the endplates of C3-4.

On 12/26/17 Ms. Brooks saw Miguel C. Rosales, P.A.C. at Dr. Rodriguez' office. Mr. Rosales continued medications. It is noted that care would be transferred to physical medicine and

Re: Brooks, Pamela
Page 10

rehabilitation as her symptoms would best be managed and treated with injection intervention at that time.

On 3/08/18 Ms. Brooks saw Fred DeFrancesch, M.D. with NeuroMuscular Medical Associates for cervical evaluation and facet injections as recommended by Dr. Rodriguez. Dr. DeFrancesch performed right cervical facet joint injections at C4-5 and C5-6. Dr. DeFrancesch's impression was that her cervicogenic pain appeared to be from the right C4-5 and C5-6 facets and confirmatory medial branch blockade at the right C4, C5, and C6 levels could be performed and she may be a candidate for rhizotomy.

Ms. Brooks was seen by R. Douglas Bostick, M.D. with LA Health Solutions on 5/03/18 for evaluation of her right shoulder and bilateral knees. Dr. Bostick's diagnoses were bilateral post-traumatic osteoarthritis of knee, contusion of left knee, contusion of right knee, sprain of anterior cruciate ligament of the right knee, sprain of anterior cruciate ligament of the left knee, acute medial meniscus tear of the right knee, strain of muscles and tendons of the rotator cuff of the right shoulder, and incomplete tear of the right rotator cuff. Dr. Bostick recommended ultrasound guided Euflexxa injections, bilateral knees, 3 injections per knee performed in 3 consecutive weeks. Dr. Bostick opined that he would casually relate her flared up knee symptoms and right shoulder injury to the MVA on 10/31/16. Dr. Bostick also recommended an unloader brace for her right knee.

On 12/17/18 Ms. Brooks was seen by Dr. DeFrancesch for follow up. Ms. Brooks reported cervical pain with previous 100% relief of pain following facet blockade at the right C4-5 and C5-6 facets. Dr. DeFrancesch recommended confirmatory medial branch blockade and RFA. He indicated that lumbar spine work up would begin following completion of the cervical work up.

On 01/22/19 Ms. Brooks saw Dr. Bostick for follow up for her right shoulder and bilateral knees. Dr. Bostick injected her right shoulder under aseptic technique with 1 cc of Celestone and 1 cc of Xylocaine. Dr. Bostick continued to recommend bilateral knee viscosupplmentation.

On 01/25/19 Ms. Brooks was seen by Mr. Rosales at Dr. Rodriguez's office. Medications were continued. Mr. Rosales deferred to Dr. DeFrancesch for treatment of the cervical spine until surgical consultation was needed. Mr. Rosales recommended all treatment continue with Dr. Bostick for the right shoulder and bilateral knee pain.

In our interview with Ms. Brooks on 5/13/19 she reported her current symptoms were bilateral knee pain with the inability to stand for more than 15 to 20 minutes, neck pain, and right shoulder pain. Ms. Brooks reported her current medications were Zanaflex, Naproxen, and Meloxicam. She reported she treats with Dr. Rodriguez as needed. She reported that Dr. Bostick gave her Euflexxa injections to both knees and recommended a knee replacement, but she indicated that she cannot afford to take time off of work after the procedure. Ms. Brooks reported she treats with Dr. DeFrancesch and had a cervical radiofrequency ablation. Ms. Brooks reported she wears her hinged knee braces daily and wears compression stockings daily

Brooks Plaintiff
000713

Re: Brooks, Pamela
Page 11

If she has pants on. She also uses heating pads, takes hot baths, and elevates her legs while in bed to alleviate pain.

On 5/16/19 an in person conference was held with Dr. DeFrancesch to obtain his recommendations for Ms. Brooks' future care medically more probable than not as a result of the 10/31/16 accident. The following is a summary of his recommendations which were confirmed on 5/17/19:

- As a result of the 10/31/16 accident, Ms. Brooks needs follow up with Interventional Pain Management 1 to 2 times per year for the remainder of her lifetime.
- As a result of the 10/31/16 accident, Ms. Brooks needs right cervical percutaneous radiofrequency ablations at C4-5 and C5-6, 1 to 2 times per year for the remainder of her lifetime,
- As a result of the 10/31/16 accident, post each cervical radiofrequency ablation procedure Ms. Brooks needs Zanaflex 4 mg. #90 for the remainder of her lifetime.

In regard to physical restrictions, it is reasonable for Ms. Brooks to need 1 to 2 weeks off work after each cervical radiofrequency ablation procedure.

On 5/21/19 an in person conference was held place with Dr. Rodriguez to obtain his recommendations for Ms. Brooks' future care medically more probable than not as a result of the 10/31/16 accident. The following is a summary of his recommendations:

- As a result of the 10/31/16 accident, Ms. Brooks needs follow up with a Spine Surgeon on an as needed basis at this time.
- As a result of the 10/31/16 accident, Ms. Brooks needs right cervical percutaneous radiofrequency ablations at C4-5 and C5-6, every 12 to 18 months for the remainder of her lifetime.
- As a result of the 10/31/16 accident, post each cervical radiofrequency ablation procedure, Ms. Brooks needs Zanaflex 4 mg. #90 for the remainder of her lifetime.
- As a result of the 10/31/16 accident, Ms. Brooks needs bilateral L4-S1 facet injections 1 to 2 times per year for the remainder of her lifetime or bilateral L4-S1 percutaneous radiofrequency ablation every 12 to 18 months for the remainder of her lifetime.
- As a result of the 10/31/16 accident, Ms. Brooks needs physical therapy 8 visits every 2 years for the remainder of her lifetime.
- As a result of the 10/31/16 accident, Ms. Brooks needs Mobic 15 mg. #120 per year for the remainder of her lifetime.

On 5/31/19 a telephone conference was held with Dr. Bostick to obtain his recommendations for Ms. Brooks' future care medically more probable than not as a result of the 10/31/16 accident. The following is a summary of his recommendations which were confirmed on 5/31/19:

- As a result of the 10/31/16 accident, Ms. Brooks requires annual follow up with an Orthopedic Surgeon regarding her right shoulder and bilateral knees with x-rays of her right shoulder and bilateral knees at each visit for the remainder of her lifetime.

Brooks Plaintiff
000714

Re: Brooks, Pamela
Page 12

- As a result of the 10/31/16 accident, Ms. Brooks more probable than not requires right shoulder arthroscopy with labral repair over the course of her lifetime. Ms. Brooks requires the following associated pre/postoperative treatment:
  - Preoperative chest x-ray, Complete Blood Count, Urine Analysis, and EKG;
  - Postoperative follow up at 1 week and then monthly for 6 to 12 months; Ms. Brooks will then resume annual follow up for the remainder of her lifetime;
  - Postoperative right shoulder sling;
  - Postoperative physical therapy 3 times per week for 4 months;
  - Postoperative cold therapy machine, 1 month rental; and
  - Postoperative medications including:
    - Norco 7.5 mg, #25 with one refill; and
    - Keflex 500 mg, #12.
- As a result of the 10/31/16 accident, Ms. Brooks requires a course of 3 Euflexxa viscosupplementation injections in her bilateral knees (3 injections per knee).
- As a result of the 10/31/16 accident, Ms. Brooks more probable than not requires bilateral knee replacements (each side performed separately) over the course of her lifetime. Ms. Brooks requires the following associated pre/postoperative treatment for each knee replacement:
  - Preoperative chest x-ray, Complete Blood Count, Urine Analysis, and EKG;
  - Postoperative follow up at 1 week and then monthly for 6 to 12 months; Ms. Brooks will then resume annual follow up for the remainder of her lifetime;
  - Postoperative rolling walker;
  - Postoperative physical therapy 3 times per week for 3 months;
  - Postoperative cold therapy machine with compression system for DVT prophylaxis, 1 month rental; and
  - Postoperative medications after each knee arthroscopy including:
    - Norco 7.5 mg, #25 with one refill;
    - Keflex 500 mg, #12; and
    - Aspirin 81 mg, twice per day for 4 to 6 weeks.
  - Postoperative Home Health Physical Therapy daily for 1 week.

Regarding potential complications, Dr. Bostick indicated that Ms. Brooks may require additional Euflexxa viscosupplementation injections prior to undergoing left and/or right knee replacement. Regarding physical restrictions as a result of the 10/31/16 accident, Dr. Bostick reported that Ms. Brooks is currently restricted to lifting no more than 20 pounds with her right upper extremity, limited overheard activity, no climbing ladders, limited repetitive knee bending, limited kneeling, and limited stair climbing. Post right shoulder arthroscopy, Ms. Brooks will be at a no work status for 1 to 6 weeks postoperatively, and she will be limited to no lifting over 20 pounds with the right upper extremity for 6 to 12 months. Post each knee replacement, Ms. Brooks will be at a no work status for 3 months postoperatively, and then released to activities as tolerated regarding the operative knee.

Brooks Plaintiff
000715

Re: Brooks, Pamela
Page 13

## VOCATIONAL TESTING

Vocational testing was not performed due to Ms. Brooks' educational attainment and indication that she continues to work.

## VOCATIONAL ANALYSIS

Ms. Brooks reported that she continues to work as a Human Resource Specialist and Recruiter, 40 hours per week, and earns about $48,000.00 per year. We are currently awaiting her earnings records. According to the *Dictionary of Occupational Titles, Fourth Edition; Classification of Jobs, O'Net,* and the Bureau of Labor Statistics, *Occupational Employment Survey* in the New Orleans area in 2018, a Human Resource Advisor (DOT #166.267-046) is generally considered a light duty, skilled job title with the bottom 25% having average wages of $20.80 per hour or $43,260.00 annually, and median wages of $27.61 per hour or $57,440.00 annually. With 2 to 3 additional years of experience, Ms. Brooks will likely be able to achieve the median wages.

Dr. DeFrancesch reported that Ms. Brooks needs right cervical percutaneous radiofrequency ablations at C4-5 and C5-6, 1 to 2 times per year for the remainder of her lifetime as a result of the 10/31/16 accident. Dr. Rodriguez agreed with this recommendation. Dr. DeFrancesch reported Ms. Brooks will likely need 1 to 2 weeks off work after each cervical radiofrequency procedure. Based on this information, and utilizing Ms. Brooks' reported wages of $48,000.00 per year, Ms. Brooks will experience a wage loss of $923.08 to $1,846.16 per year for post-cervical radiofrequency ablation recovery as a result of the 10/31/16 accident.

Dr. Bostick reported that Ms. Brooks more probable than not requires right shoulder arthroscopy with labral repair over the course of her lifetime and more probable than not requires bilateral knee replacements (each side performed separately) over the course of her lifetime as a result of the 10/31/16 accident. Dr. Bostick reported that post right shoulder arthroscopy, Ms. Brooks will be at a no work status for 1 to 6 weeks postoperatively, and she will be limited to no lifting over 20 pounds with the right upper extremity for 6 to 12 months. Post each knee replacement, Ms. Brooks will be at a no work status for 3 months postoperatively, and then released to activities as tolerated regarding the operative knee. Based on this information, and utilizing Ms. Brooks reported wages of $48,000.00 per year, Ms. Brooks will experience a wage loss of $923.08 to $5,538.48 for post right shoulder arthroscopy recovery as a result of the 10/31/16 accident. Utilizing Dr. Bostick's opinion of 3 months no work status post each knee replacement and Ms. Brooks reported wages of $48,000.00 per year, Ms. Brooks will experience a wage loss of $12,000.00 for each knee surgery as a result of the 10/31/16 accident.

Brooks Plaintiff
000716

Re: Brooks, Pamela
Page 14

## MEDICAL CARE COST ANALYSIS

A Medical Care Cost Analysis provides an organized, concise plan to document Ms. Brooks' current and future needs with associated costs which are more probable than not required as a result of the 10/31/16 accident. Our interview with Ms. Brooks, review of her medical records, and contact with Dr. DeFrancesch, Dr. Rodriguez, and Dr. Bostick were utilized in completing this analysis. As information is received, the plan will be updated accordingly. Below is the Medical Care Cost Analysis for Ms. Brooks:

## ROUTINE FOLLOW UP

| Doctor | Frequency | Begin/End Date | Purpose | Cost Per Unit | Total Costs |
|---|---|---|---|---|---|
| *Interventional Pain Management | 1 to 2 times per year for the remainder of her lifetime | 2019 to Lifetime | Pain management and interventional procedures | $146.48 to $401.63 per visit[1] | TOTAL COST PER YEAR: $146.48 to $803.26 |
| **Spine Surgeon | As needed | 2019 to Lifetime | Monitor changes in the spine and assess surgical needs | $146.48 to $401.63 per visit[2] | As needed |
| ***Orthopedic Surgeon – Routine | 1 time per year for the remainder of her lifetime | 2019 to Lifetime | Monitor the right shoulder & bilateral knees | $146.48 to $401.63 per visit[3] | TOTAL COST PER YEAR: $146.48 to $401.63 |
| ***Orthopedic Surgeon (Right Shoulder) – Postoperative | Postoperative follow up at 1 week, then monthly for 6 to 12 months (7 to 13 visits) | 2019 to Lifetime | Postoperative follow up | $146.48 to $401.63 per visit[4] | TOTAL ONE TIME COST: $1,025.36 to $5,221.19 |
| ***Orthopedic Surgeon (Right Knee and Left Knee Replacement) – Postoperative | Postoperative follow up at 1 week, then monthly for 6 to 12 months after each knee replacement (7 to 13 visits per surgery) | 2019 to Lifetime | Postoperative follow up | $146.48 to $401.63 per visit[5] | Total Cost Per Surgery: $1,025.36 to $5,221.19  TOTAL ONE TIME COST: $2,050.72 to $10,442.38 |

*Recommended by Dr. DeFrancesch in his 5/16/19 conference with Elizabeth B. Martina & Associates and confirmed on 5/17/19.
**Recommended by Dr. Rodriguez in his 5/21/19 conference with Elizabeth B. Martina & Associates.
***Recommended by Dr. Bostick in his 5/31/19 conference with Elizabeth B. Martina & Associates and confirmed on 5/31/19.

Brooks Plaintiff
000717

Re: Brooks, Pamela
Page 15

## DIAGNOSTIC TESTING

| Diagnostic Testing | Frequency | Begin/End Date | Purpose | Cost Per Unit | Total Costs |
|---|---|---|---|---|---|
| *X-rays of the Right Shoulder | 1 time per year for the remainder of her lifetime | 2019 to Lifetime | Monitor changes in the right shoulder | $50.00 to $147.42 per set of x-rays[6] | TOTAL COST PER YEAR: $50.00 to $147.42 |
| *X-rays of the Right Knee | 1 time per year for the remainder of her lifetime | 2019 to Lifetime | Monitor changes in the right knee | $50.00 to $182.39 per set of x-rays[7] | TOTAL COST PER YEAR: $50.00 to $182.39 |
| *X-rays of the Left Knee | 1 time per year for the remainder of her lifetime | 2019 to Lifetime | Monitor changes in the left knee | $50.00 to $182.39 per set of x-rays[8] | TOTAL COST PER YEAR: $50.00 to $182.39 |
| *Chest X-ray – Preoperative | 1 time prior to right shoulder arthroscopy, right total knee replacement, and left total knee replacement | 2019 to Lifetime | Preoperative planning | $64.97 to $150.00 per set of x-rays[9] | TOTAL ONE TIME COST: $194.91 to $450.00 |
| *Complete Blood Count | 1 time prior to right shoulder arthroscopy, right total knee replacement, and left total knee replacement | 2019 to Lifetime | Preoperative planning | $49.00 to $61.11 each[10] | TOTAL ONE TIME COST: $147.00 to $183.33 |
| *Urine Analysis | 1 time prior to right shoulder arthroscopy, right total knee replacement, and left total knee replacement | 2019 to Lifetime | Preoperative planning | $49.00 to $85.90 each[11] | TOTAL ONE TIME COST: $147.00 to $257.70 |
| *EKG | 1 time prior to right shoulder arthroscopy, right total knee replacement, and left total knee replacement | 2019 to Lifetime | Preoperative planning | $30.00 to $106.00 each[12] | TOTAL ONE TIME COST: $90.00 to $318.00 |

*Recommended by Dr. Bostick in his 5/31/19 conference with Elizabeth B. Martina & Associates and confirmed on 5/31/19.

Re: Brooks, Pamela
Page 16

## THERAPEUTIC MODALITIES

| Therapy | Frequency | Begin/End Date | Purpose | Cost Per Unit | Total Costs |
|---|---|---|---|---|---|
| *Physical Therapy - Routine | 8 sessions every 2 years for the remainder of his lifetime | 2019 to Lifetime | Strengthening and maintenance for flare ups | $120.00 to $140.00 per initial evaluation and $100.00 to $125.00 per follow up visit[13] | **Total Cost Per Course:** $820.00 to $1,015.00<br><br>**TOTAL COST PER YEAR:** **$410.00 to $507.50** |
| **Physical Therapy – Post Right Shoulder Arthroscopy | 3 times per week for 4 months (48 visits) | 2019 to Lifetime | Postoperative range of motion, strengthening, and conditioning | $120.00 to $140.00 per initial evaluation and $100.00 to $125.00 per follow up visit[14] | **TOTAL ONE TIME COST:** **$4,820.00 to $6,015.00** |
| **Home Health Physical Therapy – Post Right and Left Total Knee Replacements | Daily for 1 week after each knee replacement (2 surgeries) | 2019 to Lifetime | Postoperative range of motion, strengthening, and conditioning | $130.00 to $150.00 per visit[15] | **TOTAL ONE TIME COST:** **$1,820.00 to $2,100.00** |
| **Physical Therapy – Post Right and Left Total Knee Replacements | 3 times per month for 3 months after each knee replacement (2 surgeries) (72 visits total) | 2019 to Lifetime | Postoperative range of motion, strengthening, and conditioning | $120.00 to $140.00 per initial evaluation and $100.00 to $125.00 per follow up visit[16] | **Total Cost Per Surgery:** $3,620.00 to $4,515.00<br><br>**TOTAL ONE TIME COST:** **$7,240.00 to $9,030.00** |

*Recommended by Dr. Rodriguez in his 5/21/19 conference with Elizabeth B. Martina & Associates.
**Recommended by Dr. Bostick in his 5/31/19 conference with Elizabeth B. Martina & Associates and confirmed on 5/31/19.

Re: Brooks, Pamela
Page 17

## MEDICATIONS

| Medications | Frequency | Begin/End Date | Purpose | Cost Per Unit | Total Costs |
|---|---|---|---|---|---|
| *Zanaflex (Generic: Tizanidine)** | 4 mg, #90 post each RFA (1 to 2 RFAs per year for the remainder of her lifetime) | 2019 to Lifetime | Post Interventional procedure relief | $1.27 to $1.35 each[17] | **TOTAL COST PER YEAR: $114.30 to $243.00** |
| **Mobic (Generic: Meloxicam) | 15 mg, #120 per year for the remainder of her lifetime | 2019 to Lifetime | Nonsteroidal anti-inflammatory | $1.13 to $1.17 each[18] | **TOTAL COST PER YEAR: $135.60 to $140.40** |
| ***Norco (Generic: Hydrocodone/ Acetaminophen) | 7.5 mg, #50 post shoulder arthroscopy, #50 post left knee replacement, #50 post right knee replacement | 2019 to Lifetime | Postoperative pain medication | $0.98 to $1.00 each[19] | **TOTAL ONE TIME COST: $147.00 to $150.00** |
| ***Keflex (Generic: Cephalexin) | 500 mg, #12 post shoulder arthroscopy, #12 post left knee replacement, #12 post right knee replacement | 2019 to Lifetime | Postoperative antibiotics | $4.00 each[20] | **TOTAL ONE TIME COST: $144.00** |
| ***Aspirin | 81 mg, twice per day for 4 to 6 weeks post left knee replacement and post right knee replacement | 2019 to Lifetime | Postoperative care | $0.04 to $0.05 each[21] | **TOTAL ONE TIME COST: $4.48 to $8.40** |

*Recommended by Dr. DeFrancesch in his 5/16/19 conference with Elizabeth B. Martina & Associates and confirmed on 5/17/19.
**Recommended by Dr. Rodriguez in his 5/21/19 conference with Elizabeth B. Martina & Associates.
***Recommended by Dr. Bostick in his 5/31/19 conference with Elizabeth B. Martina & Associates and confirmed on 5/31/19.

NOTE: Generic medications were utilized when available.

Re:  Brooks, Pamela
Page 18

## EQUIPMENT/SUPPLIES

| Supply | Frequency | Begin/End Date | Purpose | Cost Per Unit | Total Costs |
|---|---|---|---|---|---|
| *Shoulder Sling | 1 time only -- post right shoulder arthroscopy | 2019 to Lifetime | Postoperative recovery | $8.36 to $32.33 each[22] | **TOTAL ONE TIME COST: $8.36 to $32.33** |
| *Cold Therapy Machine | 1 month rental -- post right shoulder arthroscopy | 2019 to Lifetime | Postoperative comfort and healing | $145.00 to $675.00 per month[23] | **TOTAL ONE TIME COST: $145.00 to $675.00** |
| *Rolling Walker | 1 time only | 2019 to Lifetime | Postoperative mobility | $39.42 to $58.53 each[24] | **TOTAL ONE TIME COST: $39.42 to $58.53** |
| *Cold Therapy Machine with Compression System | 1 month rental per surgery - post right and left total knee replacement | 2019 to Lifetime | Postoperative comfort and healing | $145.00 to $675.00 per month[25] | **TOTAL ONE TIME COST: $290.00 to $1,350.00** |

*Recommended by Dr. Bostick in his 5/31/19 conference with Elizabeth B. Martina & Associates and confirmed on 5/31/19.

Re: Brooks, Pamela
Page 19

**FUTURE AGGRESSIVE TREATMENT**

| Description | Frequency | Begin/End Date | Base Cost | Total Costs |
|---|---|---|---|---|
| *Cervical Radiofrequency Ablation (Right C4/5-C5/6)** | Every 6 to 18 months for the remainder of her lifetime | 2019 to Lifetime | $6,529.00 to $7,000.00 per procedure[26] | **TOTAL COST PER YEAR: $4,352.67 to $14,000.00** |
| **Lumbar Facet Injections (Bilateral L4-S1)<br><br>**OR**<br><br>**Lumbar Percutaneous Radiofrequency Ablation (Bilateral L4-S1) | 1 to 2 times per year for the remainder of her lifetime<br><br>**OR**<br><br>Every 12 to 18 months for the remainder of her lifetime | 2019 to Lifetime | $5,695.00 to $5,887.00 per procedure, Total cost per year: $5,695.00 to $11,774.00[27]<br><br>**OR**<br><br>$12,000.00 to $14,160.00 total per procedure, Total cost per year: $8,000.00 to $14,160.00[28] | **TOTAL COST PER YEAR: $5,695.00 to $14,160.00** |
| ***Right Shoulder Arthroscopy with Labral Repair | 1 time only | 2019 to Lifetime | $36,514.13 per procedure[29] | **TOTAL ONE TIME COST: $36,514.13** |
| ***Euflexxa Viscosupplementation Injections – Bilateral Knees | 1 course of 3 injections per knee (6 total) | 2019 to Lifetime | $1,082.00 each[30] | **TOTAL ONE TIME COST: $6,492.00** |
| ***Total Knee Replacement – Right Knee | 1 time only | 2019 to Lifetime | $20,127.00 per surgery[31] | **TOTAL ONE TIME COST: $20,127.00** |
| ***Total Knee Replacement – Left Knee | 1 time only | 2019 to Lifetime | $20,127.00 per surgery[32] | **TOTAL ONE TIME COST: $20,127.00** |

*Recommended by Dr. DeFrancesch in his 5/16/19 conference with Elizabeth B. Martina & Associates and confirmed on 5/17/19.
**Recommended by Dr. Rodriguez in his 5/21/19 conference with Elizabeth B. Martina & Associates.
*** Recommended by Dr. Bostick in his 5/31/19 conference with Elizabeth B. Martina & Associates and confirmed on 5/31/19.

Brooks Plaintiff
000722

Re: Brooks, Pamela
Page 20

| *SUMMARY OF APPROXIMATE COSTS: | *LOW* | *HIGH* |
|---|---|---|
| **One Time Only Costs** | $101,573.38 | $119,685.99 |
| **Annual Costs** | $  11,150.53 | $  30,767.99 |

*This is only a tally of costs as related to the 6/28/19 Medical Care Cost Analysis of Ms. Brooks, it does not include the projection of the value of costs over time and it does not discount the costs to current value. This information would be deferred to an Economist.

**POTENTIAL COMPLICATIONS**

| Complications |
|---|
| *Ms. Brooks may require additional Euflexxa viscosupplmentation injections prior to undergoing left and/or right total knee replacement. |

*As indicated by Dr. Bostick in his 5/31/19 conference with Elizabeth B. Martina & Associates and confirmed on 5/31/19.

Please send additional information as you receive it. We reserve the right to alter our opinion and issue supplemental reports. Please do not hesitate to contact us if you have any questions.

Sincerely,

Elizabeth B. Martina, MHS, CRC, CLCP
Licensed Rehabilitation Counselor


Jordan A. Frankel, J.D., MHS, CRC, CLCP
Licensed Rehabilitation Counselor

Brooks Plaintiff
000723

Re: Brooks, Pamela
Page 21

---

[1] Price of $330.00 per visit quoted from Marianna Artigues at Fred DeFrancesch, M.D.'s office, Neuromuscular Medical Associates, 3001 19th St., Metairie, LA 70002, (504) 469-9461 on 6/20/19. Ms. Brooks is currently treating with Dr. DeFrancesch.

Price of $200.00 per follow up visit quoted by Stacy Torres, Office Manager, at Ronald Segura, M.D.'s office, LA Health Solutions, 3001 Division St., Metairie, LA 70002, (504) 832-3937 on 3/12/19.

Price of $146.48 (CPT 99213) to $401.63 (CPT 99215) per visit quoted from the Physicians' Fee Reference 2019.

[2] Price of $200.00 per follow up visit quoted by Stacy Torres, Office Manager, at Marco Rodriguez, M.D.'s office, LA Health Solutions, 3001 Division St., Metairie, LA 70002, (504) 832-3937 on 6/06/19. Ms. Brooks is currently treating with Dr. Rodriguez.

Price of $150.00 per visit quoted by Holly at Alexis Waguespack, M.D.'s office, 1849 Barataria Blvd., Ste. C, Marrero, LA 70072, (504) 392-7123 on 4/11/19.

Price of $146.48 (CPT 99213) to $401.63 (CPT 99214) per visit quoted from the Physicians' Fee Reference 2019.

[3] Price of $200.00 per follow up visit quoted by Stacy Torres, Office Manager, at R. Douglas Bostick, M.D.'s office, LA Health Solutions, 3001 Division St., Metairie, LA 70002, (504) 832-3937 on 6/06/19. Ms. Brooks is currently treating with Dr. Bostick.

Price of $150.00 per visit by Kay Kay at Timothy Finney, M.D.'s office, at Southern Orthopedic Specialists, 2731 Napoleon Ave., New Orleans, LA 70115, (504) 897-6351 on 4/11/19.

Price of $350.00 per initial evaluation and $200.00 per follow up visit quoted by Katy at Charles Murphy, M.D.'s office, Orthopedic Center for Sports Medicine, 4921 Airline Dr., Metairie, LA 70001, (504) 889-2663 on 4/11/19.

Price of $146.48 (CPT 99213) to $401.63 (CPT 99215) per visit quoted from the Physicians' Fee Reference 2019.

[4] Price of $200.00 per follow up visit quoted by Stacy Torres, Office Manager, at R. Douglas Bostick, M.D.'s office, LA Health Solutions, 3001 Division St., Metairie, LA 70002, (504) 832-3937 on 6/06/19. Ms. Brooks is currently treating with Dr. Bostick.

Price of $150.00 per visit by Kay Kay at Timothy Finney, M.D.'s office, at Southern Orthopedic Specialists, 2731 Napoleon Ave., New Orleans, LA 70115, (504) 897-6351 on 4/11/19.

Price of $350.00 per initial evaluation and $200.00 per follow up visit quoted by Katy at Charles Murphy, M.D.'s office, Orthopedic Center for Sports Medicine, 4921 Airline Dr., Metairie, LA 70001, (504) 889-2663 on 4/11/19.

Price of $146.48 (CPT 99213) to $401.63 (CPT 99215) per visit quoted from the Physicians' Fee Reference 2019.

[5] Price of $200.00 per follow up visit quoted by Stacy Torres, Office Manager, at R. Douglas Bostick, M.D.'s office, LA Health Solutions, 3001 Division St., Metairie, LA 70002, (504) 832-3937 on 6/06/19. Ms. Brooks is currently treating with Dr. Bostick.

Price of $150.00 per visit by Kay Kay at Timothy Finney, M.D.'s office, at Southern Orthopedic Specialists, 2731 Napoleon Ave., New Orleans, LA 70115, (504) 897-6351 on 4/11/19.

Price of $350.00 per initial evaluation and $200.00 per follow up visit quoted by Katy at Charles Murphy, M.D.'s office, Orthopedic Center for Sports Medicine, 4921 Airline Dr., Metairie, LA 70001, (504) 889-2663 on 4/11/19.

Price of $146.48 (CPT 99213) to $401.63 (CPT 99215) per visit quoted from the Physicians' Fee Reference 2019.

[6] Price of $73.50 per set of x-rays quoted by Jeanine at Doctors Imaging, 4204 Teuton St., Metairie, LA 70006, (504) 883-8111 on 5/10/19.

Price of $50.00 to $100.00 per set of x-rays quoted by Latoya at Diagnostic Imaging Services, 3434 Houma Blvd., #100, Metairie, LA 70006, (504) 883-5999 on 5/20/19.

Price of $119.07 to $147.42 (CPT 73030) per set of x-rays quoted from Physicians' Fee Reference 2019.

[7] Price of $73.50 per set of x-rays quoted by Jeanine at Doctors Imaging, 4204 Teuton St., Metairie, LA 70006, (504) 883-8111 on 5/10/19.

Price of $50.00 to $100.00 per set of x-rays quoted by Latoya at Diagnostic Imaging Services, 3434 Houma Blvd., #100, Metairie, LA 70006, (504) 883-5999 on 5/20/19.

Price of $103.01 (CPT 73560) to $182.39 (CPT 73564) per set of x-rays quoted from Physicians' Fee Reference 2019.

[8] Price of $73.50 per set of x-rays quoted by Jeanine at Doctors Imaging, 4204 Teuton St., Metairie, LA 70006, (504) 883-8111 on 5/10/19.

Brooks Plaintiff
000724

Re: Brooks, Pamela
Page 22

Price of $50.00 to $100.00 per set of x-rays quoted by Latoya at Diagnostic Imaging Services, 3434 Houma Blvd., #100, Metairie, LA 70006, (504) 883-5999 on 5/20/19.

Price of $103.01 (CPT 73560) to $182.39 (CPT 73564) per set of x-rays quoted from Physicians' Fee Reference 2019.

[9] Price of $10.25 for professional fees and $54.72 for facility fees per chest x-ray quoted by the Central Pricing Office at Ochsner Health System, 1514 Jefferson Hwy., New Orleans, LA 70121, (504) 842-4747 on 6/10/19. Total Cost: $64.97.

Price of $73.50 per set of x-rays quoted by Dawn at Doctors Imaging, 4204 Teuton St., Metairie, LA 70006, (504) 883-8111 on 6/19/19.

Price of $75.00 to $150.00 per set of x-rays quoted by Amber at Diagnostic Imaging Services, 3437 Prytania St., New Orleans, LA 70115, (504) 883-5353 on 6/19/19.

[10] Price of $49.00 per test quoted by Megan at Any Lab Test Now, 3117 7th St., #100, Metairie, LA 70002, (504) 838-2254 on 6/18/19. Megan indicated that there was no draw fee.

Price of $40.56 each, plus $20.55 draw fee per test quoted from Marie at Quest Diagnostics in the Customer Service Department (866) 697-8378 on 6/18/19. Marie indicated that if more than one test is performed simultaneously, only one draw fee will be charged.

[11] Price of $49.00 per test quoted by Megan at Any Lab Test Now, 3117 7th St., #100, Metairie, LA 70002, (504) 838-2254 on 02/21/19. Megan indicated that there was no draw fee.

Price of $85.90 per test quoted from Marie at Quest Diagnostics in the Customer Service Department (866) 697-8378 on 02/21/19. Marie indicated that if more than one test is performed simultaneously, only one draw fee will be charged.

[12] Price of $106.00 per EKG quoted by Ashley at East Jefferson Imaging, 3100 Clearview Parkway, Metairie, LA 70006, (504) 885-4223 on 02/21/19.

Price of $30.00 per EKG quoted from Jenna at EJ Family Practice, 3848 Veterans Blvd., Ste. 101, Metairie, LA 70002, (504) 885-2505 on 02/21/19.

Price of $78.44 to $103.01 (CPT 93000) per EKG quoted from Physicians' Fee Reference 2019.

[13] Price of $125.00 per initial evaluation and $100.00 per follow up visit quoted by Chelsea at Dynamic Physical Therapy Services, 7520 Westbank Expressway, Marrero, LA 70072, (504) 371-4226 on 6/28/19.

Price of $120.00 per initial evaluation and $114.00 per follow up visit quoted from Sydney at Baudry Therapy, 2620 Metairie Lawn Drive, Metairie, LA 70002, (504) 841-0150 on 6/27/19.

Price of $140.00 per initial evaluation and $125.00 per follow up visit quoted from Claire at Anatomical Works, 2700 Lake Villa Dr., Ste. 100, Metairie, LA 70002, (504) 888-7333 on 6/27/19.

[14] Price of $125.00 per initial evaluation and $100.00 per follow up visit quoted by Chelsea at Dynamic Physical Therapy Services, 7520 Westbank Expressway, Marrero, LA 70072, (504) 371-4226 on 6/28/19.

Price of $120.00 per initial evaluation and $114.00 per follow up visit quoted from Sydney at Baudry Therapy, 2620 Metairie Lawn Drive, Metairie, LA 70002, (504) 841-0150 on 6/27/19.

Price of $140.00 per initial evaluation and $125.00 per follow up visit quoted from Claire at Anatomical Works, 2700 Lake Villa Dr., Ste. 100, Metairie, LA 70002, (504) 888-7333 on 6/27/19.

[15] Price of $130.00 per visit quoted by Michelle at Egan Healthcare, 3121 21st St., Metairie, LA 70002, (888) 835-4474 on 6/10/19.

Price of $150.00 per visit quoted by Rhonda at Touro At Home, 1401 Foucher St., New Orleans, LA 70115, (504) 897-8576 on 6/10/19.

[16] Price of $125.00 per initial evaluation and $100.00 per follow up visit quoted from Chelsea at Dynamic Physical Therapy Services, 7520 Westbank Expressway, Marrero, LA 70072, (504) 371-4226 on 6/28/19.

Price of $120.00 per initial evaluation and $114.00 per follow up visit quoted from Sydney at Baudry Therapy, 2620 Metairie Lawn Drive, Metairie, LA 70002, (504) 841-0150 on 6/27/19.

Price of $140.00 per initial evaluation and $125.00 per follow up visit quoted from Claire at Anatomical Works, 2700 Lake Villa Dr., Ste. 100, Metairie, LA 70002, (504) 888-7333 on 6/27/19.

[17] Price of $1.27 each quoted from Walgreens (www.walgreens.com; 877-250-5823) on 6/26/19.

Brooks Plaintiff
000725

Re: Brooks, Pamela
Page 23

---

Price of $1.35 each quoted from CVS (www.cvs.com; 888-607-4287) on 6/26/19.

[18] Price of $1.17 each quoted from Walgreens (www.walgreens.com; 877-250-5823) on 6/26/19.

Price of $1.13 each quoted from CVS (www.cvs.com; 888-607-4287) on 6/26/19.

[19] Price of $1.00 each quoted from Walgreens (www.walgreens.com; 877-250-5823) on 6/26/19.

Price of $0.98 each quoted from CVS (www.cvs.com; 888-607-4287) on 6/26/19.

[20] Price of $4.00 each quoted from Walgreens (www.walgreens.com; 877-250-5823) on 6/26/19.

Price of $4.00 each quoted from CVS (www.cvs.com; 888-607-4287) on 6/26/19.

[21] Price of $0.04 each quoted from Walgreens (www.walgreens.com; 877-250-5823) on 6/27/19.

Price of $0.05 each quoted from CVS (www.cvs.com; 888-607-4287) on 6/27/19.

[22] Price of $8.36 to $16.76 each quoted from Vitality Medical (www.vitalitymedical.com) on 6/27/19.

Price of $12.11 to $32.33 each quoted from Allegro Medical (www.allegromedical.com) on 6/27/19.

[23] Price of $145.00 per month rental quoted from 6 Degree Rentals (www.sixdegreerentals.com) on 5/23/19.

Price of $675.00 per month rental quoted from The Medcom Group (www.medcomgroup.com) on 5/23/19.

[24] Price of $52.94 to $58.53 each quoted from Vitality Medical (www.vitalitymedical.com) on 6/27/19.

Price of $39.42 to $47.09 each quoted from Allegro Medical (www.allegromedical.com) on 6/27/19.

[25] Price of $145.00 per month rental quoted from 6 Degree Rentals (www.sixdegreerentals.com) on 5/23/19.

Price of $675.00 per month rental quoted from The Medcom Group (www.medcomgroup.com) on 5/23/19.

[26] Price of $7,000.00 per one sided 2 level RFA as quoted from Marianna Artigues at Fred DeFrancesch, M.D.'s office, NeuroMuscular Medical Associates, 3001 19th Street, Metairie, LA 70002, (504) 469-9641 on 6/20/19. Ms. Brooks is currently treating with Dr. DeFrancesch.

Price of $6,529.00 per one sided 2 level RFA as quoted from Yadira at LA Health Solutions, 3001 Division St., Suite 100, Metairie, LA 70002, (504) 262-8889 on 6/24/19.

[27] Price of $5,695.00 per bilateral L4-S1 facet injection quoted from Marianna Artigues, Fred DeFrancesch, M.D.'s office, 3001 19th Street, Metairie, LA 70002, (504) 469-9641 on 4/02/19. Ms. Brooks is currently treating with Dr. DeFrancesch.

Price of $5,887.00 per bilateral L4-S1 facet injection quoted by Yadira from LA Health Solutions, 3001 Division St., Suite 100, (504) 262-8889 on 6/24/19.

[28] Price of $12,000.00 per bilateral L4-S1 radiofrequency ablation quoted from Marianna Artigues, Fred DeFrancesch, M.D.'s office, 3001 19th Street, Metairie, LA 70002, (504) 469-9641 on 4/02/19. Ms. Brooks is currently treating with Dr. DeFrancesch.

Price of $14,160.00 per bilateral L4-S1 percutaneous radiofrequency ablation quoted by Yadira from LA Health Solutions, 3001 Division St., Suite 100, (504) 262-8889 on 6/27/19.

[29] Price of $9,700.00 for Physician fees for shoulder arthroscopy quoted by Gina Hymel at Timothy Finney, M.D.'s office, Southern Orthopaedic Specialists, 2731 Napoleon Ave., New Orleans, LA 70115, (504) 897-6351 on 3/29/19. Price of $26,814.13 for facility and anesthesia fees for a shoulder arthroscopy quoted by Janet Courville at Jefferson Ambulatory Surgery Center on 5/24/19. Total Cost: $36,514.13.

We are currently waiting on pricing information from Dr. Bostick's office for the recommended shoulder surgery. Ms. Brooks is currently treating with Dr. Bostick.

[30] Price of $1,082.00 per injection as quoted from Crisler at R. Douglas Bostick, M.D.'s office, LA Health Solutions, 3001 Division St., Suite 100, Metairie, LA 70002, (504) 620-5520 on 6/06/19. Ms. Brooks is currently treating with Dr. Bostick.

**Re: Brooks, Pamela**
**Page 24**

---

[31] Price of $7,927.00 for Surgeon and Professional fees quoted from Crisler Bell at R. Douglas Bostick, M.D.'s office, LA Health Solutions, 3001 Division St., Suite 100, Metairie, LA 70002, (504) 620-5500 on 6/19/19. Price of $11,000.00 for facility fees quoted from Tim Couret at West Bank Surgery Center, 3704 Lapalco Blvd., Harvey, LA 70058, (504) 207-5320 on 6/25/19. Price of $1,200.00 per anesthesia fees quoted from Parish Anesthesia of Harvey on 6/25/19. Total Cost: $20,127.00. Ms. Brooks is currently treating with Dr. Bostick.

[32] Price of $7,927.00 for Surgeon and Professional fees quoted from Crisler Bell at R. Douglas Bostick, M.D.'s office, LA Health Solutions, 3001 Division St., Suite 100, Metairie, LA 70002, (504) 620-5500 on 6/19/19. Price of $11,000.00 for facility fees quoted from Tim Couret at West Bank Surgery Center, 3704 Lapalco Blvd., Harvey, LA 70058, (504) 207-5320 on 6/25/19. Price of $1,200.00 per anesthesia fees quoted from Parish Anesthesia of Harvey on 6/25/19. Total Cost: $20,127.00. Ms. Brooks is currently treating with Dr. Bostick.

Brooks Plaintiff
000727



# ELIZABETH B. MARTINA

## & ASSOCIATES

4424 Chestnut Street, Suite 102 Metairie, LA 70006
Ph. (504) 962-7656
Fax (504) 603-2049
Elizabethmartina@gmail.com

July 3, 2019

Mr. Dean Favret
Favret, Demarest, Russo,
 Lutkewitte & Schaumburg, APLC
1515 Poydras St., Ste. 1400
New Orleans, LA 70112

Re:    Pamela Brooks

Dear Mr. Favret:

Since issuing our 6/28/19 report, we received Ms. Brooks' tax returns from 2014 to 2018.

## SUMMARY

According to Ms. Brooks' tax returns she earned the following amounts from 2014 to 2018:

| YEAR | EARNINGS |
| --- | --- |
| 2014 | $44,526.00 |
| 2015 | $50,391.00 |
| 2016 | $44,612.00 (D.O.A. 10/31/16) |
| 2017 | $43,937.00 |
| 2018 | $43,967.00 |

Ms. Brooks' highest wages were the year prior to her accident of $50,391.00. The two years prior to her accident, her average annual wages were $47,458.50.

## VOCATIONAL ANALYSIS

As indicated in our initial report, Ms. Brooks reported that she continues to work as a Human Resource Specialist and Recruiter, 40 hours per week, and earns about $48,000.00 per year. Based on her income tax returns, her average annual earnings prior to her accident were

Brooks Plaintiff
000728

Re: Brooks, Pamela
Page 2

$47,458.50. According to the *Dictionary of Occupational Titles, Fourth Edition; Classification of Jobs, O'Net,* and the Bureau of Labor Statistics, *Occupational Employment Survey* in the New Orleans area in 2018, a Human Resource Advisor (DOT #166.267-046) is generally considered a light duty, skilled job title with the bottom 25% having average wages of $20.80 per hour or $43,260.00 annually, and median wages of $27.61 per hour or $57,440.00 annually. With 2 to 3 additional years of experience, Ms. Brooks will likely be able to achieve the median wages.

Dr. DeFrancesch reported that Ms. Brooks needs right cervical percutaneous radiofrequency ablations at C4-5 and C5-6, 1 to 2 times per year for the remainder of her lifetime as a result of the 10/31/16 accident. Dr. Rodriguez agreed with this recommendation. Dr. DeFrancesch reported Ms. Brooks will likely need 1 to 2 weeks off work after each cervical radiofrequency procedure. Based on this information, and utilizing Ms. Brooks' average annual wages of $47,458.50 per year, Ms. Brooks will experience a wage loss of $912.66 to $1,825.33 per year for post-cervical radiofrequency ablation recovery as a result of the 10/31/16 accident.

Dr. Bostick reported that Ms. Brooks more probable than not requires right shoulder arthroscopy with labral repair over the course of her lifetime and more probable than not requires bilateral knee replacements (each side performed separately) over the course of her lifetime as a result of the 10/31/16 accident. Dr. Bostick reported that post right shoulder arthroscopy, Ms. Brooks will be at a no work status for 1 to 6 weeks postoperatively, and she will be limited to no lifting over 20 pounds with the right upper extremity for 6 to 12 months. Post each knee replacement, Ms. Brooks will be at a no work status for 3 months postoperatively, and then released to activities as tolerated regarding the operative knee. Based on this information, and utilizing Ms. Brooks' average annual wages of $47,458.50 per year, Ms. Brooks will experience a wage loss of $912.66 to $5,475.96 for post right shoulder arthroscopy recovery as a result of the 10/31/16 accident. Utilizing Dr. Bostick's opinion of 3 months no work status post each knee replacement and Ms. Brooks' average annual wages of $47,458.50 per year, Ms. Brooks will experience a wage loss of $11,864.63 for each knee surgery as a result of the 10/31/16 accident.

## MEDICAL CARE COST ANALYSIS

Our opinion is unchanged in regard to the Medical Care Cost Analysis.

Brooks Plaintiff
000729

Re: Brooks, Pamela
Page 3

Please send additional information as you receive it. We reserve the right to alter our opinion and issue supplemental reports. Please do not hesitate to contact us if you have any questions.

Sincerely,

Elizabeth B. Martina, MHS, CRC, CLCP
Licensed Rehabilitation Counselor

Jordan A. Frankel, J.D., MHS, CRC, CLCP
Licensed Rehabilitation Counselor

Brooks Plaintiff
000730