UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | | |
|---|---|---|
| PAMELA BROOKS | * | CIVIL ACTION |
| | * | |
| | * | CASE NO. 2:18 – cv- 07736 |
| VERSUS | * | |
| | * | SECTION: E |
| | * | |
| CHRISTINE N. WATLER, UNITED STATES | * | |
| POSTAL SERVICE AND UNITED STATES | * | JUDGE:  SUSIE MORGAN |
| OF AMERICA | * | MAGISTRATE:  JOSEPH C. |
| | * | WILKINSON, JR. |

*************************************************************************************

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE**, that the Daubert Motion and Motion In Limine to Exclude the Testimony, Report and Opinions of Dr. Kevin Watson filed by Plaintiff, PAMELA BROOKS, is set for submission before the Honorable Susie Morgan, United States District Judge, on **September 18, 2019 at 10:00 a.m.** in the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana with oral argument unless otherwise ordered by the Court.

Respectfully submitted,
FAVRET, DEMAREST, RUSSO
LUTKEWITTE & SCHAUMBURG
A Professional Law Corporation

 /s/ DEAN J. FAVRET

DEAN J. FAVRET, Bar #20186
SETH H. SCHAUMBURG, Bar #24636
ANTHONY J. RUSSO, Bar #8806
ANGELA C. IMBORNONE, Bar #19631
LAUREN A. FAVRET, Bar #33826
Attorneys for Plaintiff
1515 Poydras Street – Suite 1400
New Orleans, LA 70112
Telephone: (504) 561-1006
Facsimile: (504) 523-0699

C E R T I F I C A T E

I hereby certify that on September 3, 2019, I electronically filed the foregoing Notice of Submission with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the defendants.

 /s/ DEAN J. FAVRET