UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | | |
|---|---|---|
| PAMELA BROOKS | * | CIVIL ACTION |
| | * | |
| | * | CASE NO. 2:18 – cv- 07736 |
| VERSUS | * | |
| | * | SECTION: E |
| | * | |
| CHRISTINE N. WATLER, UNITED STATES | * | |
| POSTAL SERVICE AND UNITED STATES | * | JUDGE:  SUSIE MORGAN |
| OF AMERICA | * | MAGISTRATE:  JOSEPH C. |
| | * | WILKINSON, JR. |

*************************************************************************************

REQUEST FOR ORAL ARGUMENT

Plaintiff filed a Daubert Motion and Motion in Limine to Exclude the Testimony, Report and Opinions of Dr. Kevin Watson and requests oral argument with regard to the submission of this motion on **September 18, 2019 at 10:00 a.m**. before this Honorable Court.

    Respectfully submitted,

    FAVRET, DEMAREST, RUSSO & LUTKEWITTE
    A Professional Law Corporation

    */s/  DEAN J. FAVRET*
    DEAN J. FAVRET, Bar #20186
    ANTHONY J. RUSSO, Bar #8806
    SETH H. SCHAUMBURG, Bar #24636
    ANGELA C. IMBORNONE, Bar #19631
    Attorneys for Plaintiff
    1515 Poydras Street – Suite 1400
    New Orleans, LA  70112
    Telephone:  (504) 561-1006
    Facsimile:   (504) 523-0699
    Email:   djfavret@favretlaw.com

## C E R T I F I C A T E

I hereby certify that on September 3, 2019, I electronically filed the foregoing Request for Oral Argument with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all parties.

*/s/ DEAN J. FAVRET*           
